**BUCHALTER LLP**
ROGER L. SCOTT (SBN:  247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.224.6265
Fax: 949.720.0182
Email: rscott@buchalter.com

Attorneys for Respondent,
CITY OF WEST COVINA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>        Petitioner,<br><br>    vs.<br><br>CITY OF WEST COVINA,<br><br>        Respondent. | CASE NO.  2:26-cv-03659<br><br>**RESPONDENT CITY OF WEST COVINA'S NOTICE OF REMOVAL** |

**RESPONDENT CITY OF WEST COVINA'S NOTICE OF REMOVAL**

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PETITIONER, AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Respondent City of West Covina files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to effect the removal of the above-captioned action, which was commenced in the Superior Court in the State of California for the County of Los Angeles.  Removal is proper for the reasons stated below.

### THE PETITION AND AMENDED PETITION

1.     On March 10, 2026, John Doe ("Petitioner") filed a "Verified Petition for Writ of Mandate (Code Civ. Proc. § 1085); Complaint for Declaratory Relief; Complaint for Injunctive Relief" in the Superior Court of California for the County of Los Angeles, entitled *John Doe v. City of West Covina, et al*, Case No. 26STCP00957 (hereafter, the "Petition").  The Petition, pleaded causes of action for (i) a writ of mandate under California Code of Civil Procedure Section 1085, (ii) declaratory relief, and (iii) injunctive relief.

2.     The Petition did not state any claim arising under federal law, and the parties were not diverse, or otherwise disclose any basis for removal.

3.     On March 24, 2026, Petitioner voluntarily filed a "Verified First Amended Petition for Writ of Mandate; Complaint for Declaratory, Injunctive, and Title II Relief" (hereafter, the "Amended Petition").[1] In addition to the claims asserted in the Petition, the Amended Petition added a cause of action alleging violation of Title II of the Americans with Disabilities Act (42 U.S.C. § 12132).  A true and correct copy of the Amended Petition is attached hereto as **Exhibit 1**.

---

[1] The Petition named Respondents in addition to the City of West Covina.  The Amended Petition dismissed all Respondents other than the City of West Covina.

4. Respondent was served with the Amended Petition Receipt on March 28, 2026. A true and correct copy of the email service of the Amended Petition is attached hereto as **Exhibit 2**.

## REMOVAL IS TIMELY

5. Where "the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

6. This Notice of Removal has been timely filed within thirty days after Respondent was served with the Amended Petition, which first disclosed that Petitioner was asserting a claim arising under federal law.

## REMOVAL IS BASED ON FEDERAL QUESTION JURISDICTION

7. A civil action may be removed from a state court to a federal district court where the action is pending if the district court has original jurisdiction over the action. 28 U.S.C. § 1441(a).

8. This is a civil action over which the Court has original jurisdiction under 42 U.S.C. §§ 12131–12165, and thus is one that may be removed to this Court. *See People ex rel. Lockyer v. Cnty. of Santa Cruz*, 416 F. Supp. 2d 797, 799 (N.D. Cal. 2006) (a district court had original jurisdiction over a cause of action under the ADA).

## REMOVAL IS PROPER BASED ON
## SUPPLEMENTAL JURISDICTION

9. District courts have supplemental jurisdiction over California State law causes of action in a complaint when those claims are part of a controversy involving a federal question. *People ex rel. Lockyer*, 416 F. Supp. 2d at 799 (the district court had supplemental jurisdiction over a writ of mandate claim because it was part of the same controversy as a federal question).

BUCHALTER LLP
IRVINE

2
**RESPONDENT CITY OF WEST COVINA'S NOTICE OF REMOVAL**
BUCHALTER 109359751V3

10. Because the Court has original jurisdiction over Petitioner's federal claim, it may also exercise supplemental jurisdiction over Petitioner's California law claims.

## VENUE

11. Venue is proper in the Central District of California pursuant to 29 U.S.C. § 1441. This action was originally brought in the Superior Court for the State of California, County of Los Angeles, which is embraced by the Central District of California.

## NOTICE OF REMOVAL

12. This Notice of Removal shall be served promptly on Petitioner and filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles.

13. In compliance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit 3-1, 3-2,** and **3-3** are copies of all state court papers served herein on Respondent.

DATED: April 6, 2026                    BUCHALTER LLP


                                        By:  */s/Roger L. Scott*
                                                Roger L. Scott
                                            Attorneys for Respondent
                                            City of West Covina

BUCHALTER LLP
IRVINE

3

**RESPONDENT CITY OF WEST COVINA'S NOTICE OF REMOVAL**

BUCHALTER 109359751V3

*John Doe v. City of West Covina*
*Los Angeles Superior Court – Case No. 26STCP00957*

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER LLP, 18400 Von Karman Avenue, Suite 800, Irvine, CA  92612-0514.

On the date set forth below, I served the foregoing document described as:

**RESPONDENT CITY OF WEST COVINA'S NOTICE OF REMOVAL**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

John Doe                                              *John Doe, In Pro Per*
"Safe At Home" CONFIDENTIAL
P.O. Box 1679, MS
Sacramento, CA 95812
Email: JohnDoeCA2025@gmail.com

☑      **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☒      **BY EMAIL** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on **April 6, 2026**, at Irvine, California.

☑      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on **April 6, 2026**, at Irvine, California.

Loretta Chapman – lchapman@buchalter.com          */s/Loretta Chapman*
                                                                                    (Signature)