JOHN DOE, Pro Se
Protected Party Proceeding Under Pseudonym
P.O. Box 1679, MS 5892
Sacramento, California 95812
Email: JohnDoeCA2025@gmail.com
Petitioner Pro Se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br>Assigned to: Hon. Maame Ewusi-Mensah Frimpong<br><br>**APPLICATION TO SEAL OR STRIKE MEDICAL, ADA, EEOC, AND IDENTITY-REVEALING MATERIALS; APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

**APPLICATION TO SEAL OR STRIKE MEDICAL, ADA, EEOC, AND IDENTITY-REVEALING MATERIALS; APPLICATION FOR LEAVE TO FILE UNDER SEAL**

## I. RELIEF REQUESTED

Petitioner respectfully requests an order sealing or striking Respondent's publicly filed medical and ADA accommodation materials, and permitting Petitioner to submit confidential materials under seal or for in camera review.

The materials for which protection is requested include medical doctor letters, diagnoses, functional limitations, ADA and Section 504 accommodation records, interactive-process records, EEOC/CRD charge materials, and public-service materials that reveal Petitioner's identity while this case proceeds under a pseudonym.

## II. GOOD CAUSE AND COMPELLING REASONS SUPPORT SEALING

The request is narrowly tailored. Petitioner does not seek to seal the legal arguments that the City had notice, approved accommodations, disclosed medical information, or retaliated after protected activity. Petitioner seeks only to protect the underlying medical, disability, administrative-charge, and identity-revealing documents from public exposure.

Medical records and disability accommodation materials are highly sensitive. They identify private health information, functional limitations, and accommodation needs. EEOC/CRD charge materials also contain identifying information, disability allegations, and retaliation allegations. Public-service photographs and awards may identify Petitioner and undermine pseudonym protection.

Respondent has already filed medical and ADA materials publicly. That disclosure causes continuing harm and makes sealing relief urgent. Petitioner therefore asks the Court to seal or strike

1

APPLICATION TO SEAL OR STRIKE MEDICAL, ADA, EEOC, AND IDENTITY-REVEALING MATERIALS; APPLICATION FOR LEAVE

those materials from the public docket and require future filings containing such information to proceed under seal.

## III. NARROW TAILORING

Petitioner proposes public filing of the Reply, Declaration, Exhibit Index, public exhibits, and this application. Petitioner separately submits, or seeks leave to submit, confidential materials under seal. Public versions identify categories of evidence without disclosing detailed medical or identity information.

This approach allows the Court to review the full record while protecting confidential information from unnecessary public disclosure.

## IV. REQUEST

Petitioner requests that the Court: (1) seal or strike Respondent's publicly filed medical / ADA materials; (2) grant leave for Petitioner to file confidential ADA, medical, EEOC, and identity materials under seal or for in camera review; (3) direct Respondent not to publicly file further disability-related medical, accommodation, EEOC, or identity-revealing materials without first seeking leave; and (4) grant any further relief the Court deems proper.

Dated: April 27, 2026

/s/ John Doe

John Doe, Petitioner Pro Se

2