JOHN DOE

Plaintiff, in propria persona

Address and telephone: on file with the Court

Email: on file with the Court

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, | Case No. 2:26-cv-03659-MEMF-MBK |
|---|---|
| Plaintiff, | District Judge: Hon. Maame Ewusi-Mensah Frimpong |
| v. | Magistrate Judge: Hon. Michael B. Kim |
| CITY OF WEST COVINA, | **REVISED EXHIBIT INDEX TO THIRD SUPPLEMENTAL NOTICE OF NEWLY OCCURRING FACTS** |
| Defendant. | |

# REVISED EXHIBIT INDEX

## Exhibit A

Facebook screenshots of William Elliott expense post, expense list, comments, and GoPro comment.

*Purpose / relevance:* Shows public circulation of Plaintiff's ADA-related costs, public targeting of the GoPro accommodation, apparent numerical irregularities, and selective omissions.

## Exhibit B

Jerri Potras PRR 447-2026 request and extension/delay materials.

*Purpose / relevance:* Shows the underlying request sought January-April 2026 reimbursement/expense records and that production was delayed/extended, despite the expense list appearing online.

## Exhibit C

May 16, 2026 email to LCW requesting supervisory intervention re ADA denial, USB agenda access, GoPro accommodation, and LCW advice.

*Purpose / relevance:* Shows no USB was provided, GoPro remained denied/delayed, and Plaintiff objected to YouTube equivalency and Council-allocation cost shifting.

## Exhibit D

May 16, 2026 immediate request to Roxanne Lerma for LCW emails regarding ADA accommodations.

*Purpose / relevance:* Shows Plaintiff was told LCW recommended denial and requested the written basis for the change from prior approval to denial.

## Exhibit E

January 26, 2026 Dr. Henry Chang medical accommodation letter.

*Purpose / relevance:* Shows original medical nexus for GoPro/360-degree recording device, ergonomic seating, advance agenda access, processing time, and disability-comparison restrictions.

**Exhibit F**

June 14, 2022 Attorney General Rob Bonta letter to cities and counties regarding disability access to public meetings.

*Purpose / relevance:* Shows public-meeting accessibility includes effective communication, agenda materials, USB flash drive formats, auxiliary aids/services, and virtual/telephonic access where required.

**Exhibit G**

April 20 and May 7, 2026 official financial oversight request for credit card statements and transaction records.

*Purpose / relevance:* Shows Plaintiff sought City-issued credit card statements and transaction-level records for oversight of public expenditures.

**Exhibit H**

Buchalter filings for Third Party Milan Mrakich's motion to quash or for protective order.

*Purpose / relevance:* Shows Buchalter appeared for Third Party Milan Mrakich and sought to quash/limit subpoenaed records and testimony.

**Exhibit I**

Land Acknowledgment investigation excerpts and public materials regarding William Elliott / Rosario Diaz.

*Purpose / relevance:* Shows public-hostility context relevant to retaliation, discriminatory animus, and the foreseeable effect of weaponizing ADA expenses.

**Exhibit J**

May 2026 HR complaint status emails.

*Purpose / relevance:* Shows HR did not provide complaint status and instead referred Plaintiff to Roxanne rather than providing a prompt grievance response.

**Exhibit K**

Teleconferencing accommodation correspondence.

*Purpose / relevance:* Shows prior teleconferencing accommodation request, City acknowledgement of the issue, and SB 707 / Brown Act disability-accommodation context.

**Exhibit L**

PRR 070-2026 legal billing / CCTV / ADA records-access correspondence.

*Purpose / relevance:* Shows the City ignored/limited an ADA accommodation request for accessible records review and raised a CCTV blackout issue.

**Exhibit M**

May 18, 2026 signed statement of Jerri Potras with attachments, redacted for public filing.

*Purpose / relevance:* Confirms Ms. Potras requested general Council expense/reimbursement records for January-April 2026, received only an extension to May 25, had not received the documents, did not have the posted documents, and did not provide them to William Elliott.

**Exhibit N**

Supplemental public materials reflecting racially charged / discriminatory-hostility context and May 16 public circulation.

*Purpose / relevance:* Includes screenshots concerning DREAMERS/DACA recipients, Indigenous Peoples Day / Native American imagery, William Elliott expense posts and comments, and other public materials relevant to motive, context, retaliation, and chilling effect.

**Exhibit O**

May 18, 2026 supplemental medical clarification letter from Dr. Henry Chang.

*Purpose / relevance:* Provides updated medical opinions that the GoPro/360, USB/physical-storage, ergonomic seating, advance access, processing-time, teleconference, and

confidentiality accommodations remain medically necessary; explains why YouTube/chamber video and cloud-only platforms are not medically equivalent.