JOHN DOE
Plaintiff, Pro Per
P.O. Box 1679 MS 5892
Sacramento, CA 95812

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,<br><br>Defendants. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge: Hon. Michael B. Kim<br><br>**PLAINTIFF'S NOTICE OF CLERK DEFICIENCY AND REQUEST FOR STATUS OF PENDING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**<br><br>[Dkt. 13; related to Summons Requests Dkts. 47-48] |

**TO THE COURT, THE CLERK OF COURT, AND ALL PARTIES:**

Plaintiff John Doe respectfully submits this Notice of Clerk Deficiency and Request for Status regarding Plaintiff's pending Application to Proceed Without Prepayment of Filing Fees (Dkt. 13).

On June 2, 2026, Plaintiff received a Notice of Deficiencies regarding Plaintiff's Summons Requests (Dkts. 47 and 48). The Notice stated: "There is a pending Application to Proceed Without Prepayment of Filing Fees [13]. The summons cannot be issued."

Plaintiff recently filed a Second Amended Complaint naming additional defendants and seeks to effect service in accordance with the Federal Rules of Civil Procedure. Because the Clerk's Notice indicates that summonses cannot issue while the Application to Proceed Without Prepayment of Filing Fees remains pending, Plaintiff respectfully requests a status update, review, or ruling on Docket 13, or guidance regarding any additional information required from Plaintiff.

1

Plaintiff submits this Notice to avoid delay in service of newly added defendants and to clarify the procedural step necessary for issuance of summonses or service under the applicable in forma pauperis procedures.

Plaintiff does not seek to argue the merits of any claim by this Notice. Plaintiff seeks only administrative clarification and/or resolution of the pending IFP application so that service may proceed in an orderly manner.

**REQUEST**

For the foregoing reasons, Plaintiff respectfully requests that the Court review and rule on the pending Application to Proceed Without Prepayment of Filing Fees (Dkt. 13), or otherwise provide guidance regarding any further documents or steps required before summonses may issue for the newly added defendants.

Plaintiff further requests that, if the IFP application is granted, the Court or Clerk provide appropriate instructions regarding issuance of summonses and service, including whether service will proceed through the United States Marshal or through another procedure directed by the Court.

Dated: June 2, 2026

Respectfully submitted,

JOHN DOE

Plaintiff, Pro Per

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2026, I caused the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel and parties registered to receive electronic service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2026

JOHN DOE

Plaintiff, Pro Per