**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHN DOE, an individual,                          Case No. 2:26-cv-03659-MEMF-MBK

    Plaintiff,                          District Judge: Hon. Maame Ewusi-Mensah Frimpong

v.                                                Magistrate Judge: Hon. Michael B. Kim

CITY OF WEST COVINA; MILAN M. MRAKICH;

LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,

    Defendants.

APPLICATION TO SEAL

**PLAINTIFF JOHN DOE'S APPLICATION TO FILE EXHIBITS B-H AND L UNDER SEAL**

Plaintiff applies for leave to file Exhibits B through H and Exhibit L under seal pursuant to Local Rule 79-5.2.2 and the Court's inherent authority to protect confidential medical, disability, accommodation, safety, and identity-related information.

Exhibits B through H consist of ADA accommodation records, medical-accommodation materials, interactive-process materials, and documents linking specific equipment and meeting-access tools to Plaintiff's disabilities and medical restrictions. Public filing would disclose sensitive disability and medical-accommodation information.

Exhibit L consists of correspondence and screenshots relating to a proposed amicus filing and pseudonym challenge, including information that may link Plaintiff's legal identity to the Doe record or create safety and retaliation concerns before the Court rules on Doe status.

Plaintiff does not seek to seal the entire emergency application. The application describes the relevant facts at a level necessary for public adjudication, while the most sensitive records are placed in a proposed sealed volume. The sealing request is narrowly tailored.

Good cause and compelling reasons exist because public disclosure would reveal disability-related information, medical-accommodation details, personally identifying information, and safety-related information. Once disclosed, confidentiality cannot be restored. The public exhibit volume contains placeholders and non-sensitive exhibits so the public docket remains intelligible.

Plaintiff concurrently lodges an unredacted volume labeled "UNREDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL" with the proposed sealed exhibits.