**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHN DOE, an individual,             Case No. 2:26-cv-03659-MEMF-MBK

    Plaintiff,                    District Judge: Hon. Maame Ewusi-Mensah Frimpong

v.                                   Magistrate Judge: Hon. Michael B. Kim

CITY OF WEST COVINA; MILAN M. MRAKICH;

LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,

    Defendants.

DECLARATION SUPPORTING SEALING

**DECLARATION OF JOHN DOE SUPPORTING SEALING**

I am the Plaintiff in this action. I submit this declaration in support of my application to file Exhibits B through H and Exhibit L under seal.

Exhibits B through H contain ADA accommodation documents, medical-accommodation discussions, interactive-process materials, and disability-access equipment information. These documents connect specific accommodations to my disabilities and medical restrictions.

Public disclosure of those records would reveal confidential disability and medical-accommodation information and would aggravate the same harm at issue in this emergency application.

Exhibit L contains pseudonym-related correspondence and screenshots that may link my

1

legal identity to the Doe record or create safety and retaliation concerns before the Court rules on my forthcoming Doe-status motion.

I am not asking to seal the whole case or the whole emergency application. I am requesting narrow sealing of the most sensitive exhibits while filing a public application, public declaration, public exhibit index, and public exhibit volume with placeholders.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 4, 2026.

John Doe