**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOHN DOE, an individual,                         Case No. 2:26-cv-03659-MEMF-MBK

    Plaintiff,                              District Judge: Hon. Maame Ewusi-Mensah Frimpong

v.                                               Magistrate Judge: Hon. Michael B. Kim

CITY OF WEST COVINA; MILAN M. MRAKICH;

LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,

    Defendants.

[PROPOSED] ORDER GRANTING APPLICATION TO FILE EXHIBITS UNDER SEAL

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE EXHIBITS UNDER SEAL**

The Court, having considered Plaintiff John Doe's Application to File Exhibits B through H and Exhibit L Under Seal, and good cause appearing, ORDERS as follows:

1. Plaintiff's application is GRANTED.

2. Exhibits B through H and Exhibit L may be filed under seal because they contain or reveal confidential ADA, medical-accommodation, disability-access, identity, and safety-related information.

3. Plaintiff shall file the sealed materials in accordance with Local Rule 79-5 and any applicable instructions from the Clerk.

4. The public docket shall retain the public application, public declaration, public exhibit index, and public exhibit volume with placeholders or redactions.

IT IS SO ORDERED.