UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-03659-MEMF-MBKx                                        Date: June 5, 2026

Title   John Doe v. City of West Covina

Present:  The Honorable:  **Maame Ewusi-Mensah Frimpong, United States District Judge**

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:                  Attorneys Present for Respondent:
N/A                                                               N/A

**Proceedings (In Chambers):  Order Denying Request to Proceed In Forma Pauperis as Moot (ECF No. 13)**

On March 24, 2026, Petitioner filed a first amended petition and complaint against Respondent with the Los Angeles County Superior Court.  (ECF No. 1-1.)  On April 6, 2026, Respondent filed a Notice of Removal with this Court and paid the filing fee.  (ECF No. 1.)

Now pending is Petitioner's request to proceed in forma pauperis, filed on April 16, 2026.  (ECF No. 13.)

"[Petitioner] did not file this case in federal court, and he was not required to pay a federal court filing fee.  [Respondent was] the part[y] who brought this case to federal court when [Respondent] removed it from state court, and it was [Respondent's] responsibility to pay the federal filing fee, as [Respondent] did in this case."  *Harris v. Mangum*, 863 F.3d 1133, 1141 (9th Cir. 2017); *see also Woodson v. McCollum*, 875 F.3d 1304, 1305 (10th Cir. 2017) ("State-court plaintiffs whose cases are removed to federal court have no obligation to pay a filing fee; nothing in the federal [in forma pauperis] statute is to the contrary.").

Because Petitioner is not required to pay a filing fee, his request to proceed in forma pauperis is denied as moot.  (ECF No. 13.)

It is so ordered.

                                                                                          :
                                                    **Initials of Preparer**   DBE