JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S APPLICATION TO FILE EXHIBIT BB UNDER SEAL OR FOR IN CAMERA REVIEW** |

The Court has reviewed Plaintiff John Doe's Application to File Exhibit BB Under Seal or, in the Alternative, for In Camera Review, the supporting declaration, and the record. Good cause and compelling reasons appearing, the Court ORDERS as follows:

1. Plaintiff's Application is GRANTED.

2. Exhibit BB, Dr. Henry Chang's June 8, 2026 Supplemental Medical Rebuttal and Medical Necessity Opinion, may be filed under seal or submitted for in camera review.

3. The public placeholder for Exhibit BB is accepted for the public docket.

4. The Court finds that Exhibit BB contains confidential medical, disability-accommodation, diagnostic, treatment, medical-nexus, and functional-limitation information. The sealing authorized by this Order is narrowly tailored to protect that information while allowing public access to non-sensitive filings and a public placeholder.

5. If the Court later determines that Exhibit BB should not remain under seal, Plaintiff shall be permitted to withdraw the unredacted exhibit before it is placed on the public docket, unless the Court orders otherwise after further notice.

6. This Order does not decide the merits of Plaintiff's claims, Respondent's defenses, pseudonymity, or any future motion to disqualify counsel.

IT IS SO ORDERED.

DATED: _____

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE