JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual, Plaintiff/Petitioner, v. CITY OF WEST COVINA, Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK** <br><br> **EXHIBIT INDEX IN SUPPORT OF REPLY TO SEALING OBJECTION AND APPLICATION TO FILE EXHIBIT BB UNDER SEAL** |
|---|---|

Plaintiff submits the following public exhibit index. Exhibit BB is not included in unredacted form in the public packet. Exhibit BB is submitted separately as an unredacted document proposed to be filed under seal or reviewed in camera.

| Exhibit | Description | Public/Sealed Treatment |
|---|---|---|
| BB | Dr. Henry Chang June 8, 2026 Supplemental Medical Rebuttal and Medical Necessity Opinion | Unredacted version proposed under seal / in camera; public placeholder only |
| CC | Milan Mrakich May 20, 2026 email acknowledging responsibility for City documents/transmissions and concerns regarding raw financial data disclosed without redaction and proper oversight | Public |
| DD | May 27, 2026 public-records request from William Elliott requesting alleged "AI GLASSES," laptop contents, and AI-related records | Public |
| EE | Clerk correspondence transmitting PRR 535-2026 to Plaintiff and requesting responsive records | Public |
| FF | Facebook / West Covina Today screenshots showing public posting of expense information including ADA lamp and GoPro camera and comments focusing on the GoPro | Public |
| GG | Public screenshot concerning statement attributed to William Elliott referring to DACA/Dreamers as "cockroaches" and a drain on taxpayers | Public |
| HH | June 8, 2026 email from Milan Mrakich instructing Plaintiff not to email subordinate staff while copying Buchalter and other counsel | Public |

Exhibit Index