JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK**<br><br>**EXHIBIT BB - PUBLIC REDACTED PLACEHOLDER** |

# EXHIBIT BB

# PUBLIC REDACTED PLACEHOLDER

Dr. Henry Chang June 8, 2026 Supplemental Medical Rebuttal and Medical Necessity Opinion Regarding ADA/FEHA Accommodations for Brian Gutierrez

The unredacted document contains confidential medical, diagnostic, treatment, medical-nexus, functional-limitation, disability-accommodation, and treating-physician information. Plaintiff requests that the Court review the unredacted version under seal or in camera.

**[UNREDACTED MEDICAL LETTER SUBMITTED SEPARATELY UNDER SEAL / FOR IN CAMERA REVIEW]**

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK**<br><br>**EXHIBIT CC - May 20, 2026 Milan Mrakich email acknowledging responsibilit** |
| --- | --- |

# EXHIBIT CC

May 20, 2026 Milan Mrakich email acknowledging responsibility for City documents/transmissions and raw financial data disclosure concerns

EXHIBIT CC

**From:** Milan Mrakich MMrakich@westcovina.org

**To:** Brian Gutierrez Brian.Gutierrez@westcovina.org

**Cc:** rob.bonta@doj.ca.gov , michael.newman@doj.ca.gov , Hchun@da.lacounty.gov hchun@da.lacounty.gov, maramire@da.lacounty.gov , Milan Mrakich MMrakich@westcovina.org

**Date:** Wed, May 20, 2026, 6:17 PM

Good evening, Councilmember Guitierrez,

Per your request, I have copies of my Visa Card Statements from May 2025 through May 2026 ready for your review. Please stop by at your convenience to review.

As we discussed earlier today and as I stated last night, I am ultimately responsible for anything that comes out of this city, including documents and transmissions. I'm aware of your concerns about raw financial data being disclosed without redaction and proper oversight. I do not take this matter lightly, and again, I hold myself ultimately responsible.

I cannot emphasize enough that I have taken this matter seriously and am immediately implementing internal policies, procedures, and safeguards to prevent this from happening again.

It was a pleasure speaking with you today, and I want to assure you that I am addressing your questions and concerns with the utmost importance.

Please feel free to call me at my desk or on my cell if you have any questions.

**Milan M. Mrakich | Acting City Manager**

City Manager's Office | City of West Covina

1444 W. Garvey Avenue South | West Covina, CA 91790

Office (626) 939-8401 | Direct (626) 939-8402

Email: mmrakich@westcovina.org

City Website: www.westcovina.org



@WestCovinaCity

**Confidentiality Notice**

*This e-mail, including all attachments, may contain CONFIDENTIAL information and is meant solely for the intended recipient. It may contain controlled, privileged, or proprietary information that is protected under applicable law and shall not be disclosed to any unauthorized third party. If you are not the intended recipient, you are hereby notified that any unauthorized review, action, disclosure, distribution, or reproduction of any information contained in this e-mail and any attachments is strictly PROHIBITED. If you received this e-mail in error, please reply to the sender immediately stating that this transmission was misdirected, and delete all electronic and paper copies of this e-mail and attachments without disclosing the contents.*

## 2 Emails

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK**<br><br>**EXHIBIT DD - May 27, 2026 Public Records Request from William Elliott req** |

# EXHIBIT DD

May 27, 2026 Public Records Request from William Elliott requesting alleged "AI GLASSES," laptop contents, and AI-related records

| | |
|---|---|
| **From:** | Bill Elliott |
| **To:** | City Clerk |
| **Subject:** | Public Records Request |
| **Date:** | Wednesday, May 27, 2026 8:07:00 AM |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning

My name is William Elliott and this is a Public Records Request.

1:  I am requesting any and all data and or information and or recordings contained within the AI GLASSES worn by Councilman Brian Gutierrez that he wears and uses or has used during or for in West Covina City Council Meetings.

2:  I am also requesting the full content of the LAPTOP computer that Councilman Gutierrez uses during West Covina City Council Meetings.

3:  I am also requesting any and all AI programs that Councilman Gutierrez has used in city council meetings, including all requests and queries made by him related to his work on the city council.

When this request is communicated to the Councilman, please inform him of his legal obligation to preserve and not destroy erase or delete any information contained within and that nothing be omitted pertaining to anything relating to his work on the city council.

Thank you

William Elliott

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | **Case No. 2:26-cv-03659-MEMF-MBK**<br><br>**EXHIBIT EE - Lisa Sherrick correspondence transmitting PRR 535-2026 and r** |
|---|---|

## EXHIBIT EE

Lisa Sherrick correspondence transmitting PRR 535-2026 and requesting response

From:  **Lisa Sherrick** LSherrick@westcovina.org

To:  **Brian Gutierrez** Brian.Gutierrez@westcovina.org

Cc:  **Milan Mrakich** MMrakich@westcovina.org, **Roxanne E. Lerma** RLerma@westcovina.org

Date:  **Fri, May 29, 2026, 12:33 PM**

Good afternoon, Councilmember Gutierrez.

The below public records request has been received. Please carefully review the attachment and provide the City Clerk's office with all records that fall within the scope of the request.  We will review them and work with the City Attorney's office as appropriate to provide a written response and record production as required by state law.

Please remember it is very important that we receive all responsive records (including attorney/client) because the written response needs to state whether we are producing all records or if some records will be redacted or withheld, and the legal justifications for any redaction or withholding.

To comply with state law deadlines, we will need your response on or before **Friday, June 5th**. Only if there are a voluminous amount of responsive records, we may give notice of a 14-day extension.  We can only send a 14-day extension notice for limited reasons set by state law, so please contact us immediately if you think you will need an extension.

Any requester may file a lawsuit against the City for failure to receive records as required by the California Public Records Act.  Thank you for your prompt response to this request.

*Request:*

*1:  I am requesting any and all data and or information and or recordings contained within the AI GLASSES worn by Councilman Brian Gutierrez that he wears and uses or has used during or for in West Covina City Council Meetings.*

*2:  I am also requesting the full content of the LAPTOP computer that Councilman Gutierrez uses during West Covina City Council Meetings.*

*3:  I am also requesting any and all AI programs that Councilman Gutierrez has used in city council meetings, including all requests and queries made by him related to his work on the city council.*

*When this request is communicated to the Councilman, please inform him of his legal obligation to preserve and not destroy erase or delete any information contained within and that nothing be omitted*

*pertaining to anything relating to his work on the city council.*

Kind Regards,

Lisa Sherrick

Assistant City Clerk

City of West Covina

1444 W. Garvey Avenue South

West Covina, CA 91790

lsherrick@westcovina.org

(626) 939-8414 (O)

www.westcovina.org



---

| From: | **Brian Gutierrez** Brian.Gutierrez@westcovina.org |
|---|---|
| To: | **Lisa Sherrick** LSherrick@westcovina.org |
| Cc: | **Roxanne E. Lerma** RLerma@westcovina.org |
| Date: | **Tue, Jun 2, 2026, 8:10 AM** |

Provide me the original request please in its original format not copy and paste.

Also follow the accommodations that are in place that includes verbal and written communication.

Thank you so much.

Sincerely,

**_Brian Gutierrez_**

Councilmember, 1st District

City of West Covina



---

| From: | **Lisa Sherrick** LSherrick@westcovina.org |
|---|---|

**To:** Brian Gutierrez Brian.Gutierrez@westcovina.org

**Cc:** Roxanne E. Lerma RLerma@westcovina.org

**Date:** Tue, Jun 2, 2026, 6:16 PM

PRR 535-2026 Elliot_Redacted.pdf 126 KB

Good afternoon, Councilmember Gutierrez.

Attached is the request that was received by the Clerk's Office.

Please carefully review the attachment and provide the City Clerk's office with all records that fall within the scope of the request.  We will review them and work with the City Attorney's office as appropriate to provide a written response and record production as required by state law.

Please remember it is very important that we receive all responsive records (including attorney/client) because the written response needs to state whether we are producing all records or if some records will be redacted or withheld, and the legal justifications for any redaction or withholding.

To comply with state law deadlines, we will need your response on or before **Friday, June 5th**. Only if there are a voluminous amount of responsive records, we may give notice of a 14-day extension.  We can only send a 14-day extension notice for limited reasons set by state law, so please contact us immediately if you think you will need an extension.

Lisa Sherrick, CMC, CPMC
Assistant City Clerk
City of West Covina
626-939-8414



**3 Emails**

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual, | Case No. 2:26-cv-03659-MEMF-MBK |
|---|---|
| Plaintiff/Petitioner, | **EXHIBIT FF - Facebook / West Covina Today screenshots showing public post** |
| v. | |
| CITY OF WEST COVINA, | |
| Defendant/Respondent. | |

# EXHIBIT FF

Facebook / West Covina Today screenshots showing public posting of expense information and comments regarding GoPro camera

**Exhibit FF - Screenshot 1**



# WEST COVINA TODAY · ...

William Elliott · 6h · 🌐

# Expenses submitted for reimbursement with taxpayer funds by each member of the West Covina City Council

**Mayor Letty Lope-Viado**

| Date | Description | Amount |
|---|---|---|
| 1/8/2026 | C.A.T Specialties Inc. (Mayor Wardrobe) | $713.91 |
| 1/26/2026 | SGV SGV Tribune | $34.83 |
| 1/15/2026 | T-Mobile Jan-April | $103.19 |
| 2/18/2026 | City Event Couples Connect | |
| | Supplies Amazon | $226.14 |
| | Signage Signs | $193.81 |
| | | $1271.8 |

**Mayor Pro Tem Ollie Cantos**

| Date | Description | Amount |
|---|---|---|
| 1/8/2026 | C.A.T. Specialties Inc (Wardrobe) | $561.31 |
| 1/15/2026 | Trophy Center | $44.45 |
| 1/15/2026 | T-Mobile Jan-April | $128.98 |
| 1/21/2026 | ESGJCC 2026 Installation Dinner | $54.50 |
| 3/10/2026 | Rotary Club Event 3/8 | $100.00 |
| 3/31/206 | District 4 Meeting Smart & Final | $75.73 |
| 3/31/2026 | District 4 Meeting Smart & Final | $30.55 |
| 3/31/2026 | District 4 Meeting Amazon | $20.84 |
| | | $1016.3 |

**Councilwoman Rosario Diaz**

No expense

**Councilman Tony Wu**

No expense

**...n Brian Gutierrez**

| Description | Amount |
|---|---|
| ADA Lamp for Council Dias | $15 |
| Amazon Polo Shirts | $53 |
| Columbia Jackets | $29 |
| Private Screen Reimbursement | $76 |
| ESGVJCC 2026 Installation Dinner | $54 |
| Black folding table | $20 |
| Team Logo Company Logo Patch | $82 |
| Portos Cookies District 1 Meeting | $77 |
| Rotary Club Event | $10 |
| Certificate Frame Autism Month | $55. |
| Printer Toner/Paper | $98 |
| Dunkin Donuts Fire Stations | $20 |
| Amazon All in One Printer | $70 |
| Go Pro Camera | $62 |
| T-Mobil Jan-April | $16 |
| Donuts for Fire reimbursement | $20 |
| | $58 |

**Exhibit FF - Screenshot 2**

**Mayor Letty Lope-Viado**

| | | |
|---|---|---|
| 1/8/2026 | C.A.T Specialties Inc. (Mayor Wardrobe) | $713.91 |
| 1/26/2026 | SGV SGV Tribune | $34.83 |
| 1/15/2026 | T-Mobile Jan-April | $103.19 |
| 2/18/2026 | City Event Couples Connect | |
| | Supplies Amazon | $226.14 |
| | Signage Signs | $193.81 |
| | | **$1271.88** |

**Mayor Pro Tem Ollie Cantos**

| | | |
|---|---|---|
| 1/8/2026 | C.A.T. Specialties Inc (Wardrobe) | $561.31 |
| 1/15/2026 | Trophy Center | $44.45 |
| 1/15/2026 | T-Mobile Jan-April | $128.98 |
| 1/21/2026 | ESGJCC 2026 Installation Dinner | $54.50 |
| 3/10/2026 | Rotary Club Event 3/8 | $100.00 |
| 3/31/206 | District 4 Meeting Smart & Final | $75.73 |
| 3/31/2026 | District 4 Meeting Smart & Final | $30.55 |
| 3/31/2026 | District 4 Meeting Amazon | $20.84 |
| | | **$1016.36** |

**Councilwoman Rosario Diaz**

**No expense**

**Councilman Tony Wu**

**No expense**

**Exhibit FF - Screenshot 3**

## Councilman Brian Gutierrez

| Date | Description | Amount |
|------|-------------|--------|
| 1/5/2026 | ADA Lamp for Council Dias | $159.48 |
| 1/12/2026 | Amazon Polo Shirts | $536.35 |
| 1/13/2026 | Columbia Jackets | $291.94 |
| 1/20/2026 | Private Screen Reimbursement | $76.81 |
| 1/22/2026 | ESGVJCC 2026 Installation Dinner | $54.50 |
| 1/22/2026 | Black folding table | $20.00 |
| 1/25/2026 | Team Logo Company Logo Patch | $820.16 |
| 2/17/2026 | Portos Cookies District 1 Meeting | $770.00 |
| 3/31/206 | Rotary Club Event | $100.00 |
| 4/10/2026 | Certificate Frame Autism Month | $55.25 |
| 4/15/2026 | Printer Toner/Paper | $985.58 |
| 4/27/2026 | Dunkin Donuts Fire Stations | $209.90 |
| 1/20/2026 | Amazon All in One Printer | $701.19 |
| 5/7/2026 | Go Pro Camera | $627.87 |
| 4/15/2026 | T-Mobil Jan-April | $160.46 |
| 4/23/2026 | Donuts for Fire reimbursement | $209.90 |
| | | **$5856.20** |

**Exhibit FF - Screenshot 4**

# All comments ˅

 **Javier Chavez** · 5h
Why do we pay for their clothes? And the printer and toner, does the city get to keep them?

**Reply**

 **William Elliott** · 5h · ✎ Author
Javier Chavez
What about the $600 GoPro camera?

**Reply**

 **Brian McDonald** · 4h
Where are we able to access this?

**Reply**

 **William Elliott** · 4h · ✎ Author
Brian McDonald
This is it.
This was a public records request and it originated with

**Exhibit FF - Screenshot 5**

 **William Elliott** · 4h · ✎ Author
**Brian McDonald**
This is it.
This was a public records request and it originated with the city of West Covina.

**Reply**     1

 **William Elliott** · 37m · ✎ Author
**Brian McDonald**
You can also call the city clerk's office yourself and they can tell you how to submit a PRR (public records request) for anything regarding the city.

**Reply**     1

 **Brian McDonald** · 27m
Thanks!

**Reply**

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual, | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff/Petitioner, | **EXHIBIT GG - Public screenshot concerning statement attributed to William** |
| v. | |
| CITY OF WEST COVINA, | |
| Defendant/Respondent. | |

# EXHIBIT GG

Public screenshot concerning statement attributed to William Elliott regarding
DACA/Dreamers; video URL referenced by Plaintiff

EXHIBIT GG

**Exhibit GG - Screenshot**

# 10. Calling DREAMERS Cockroaches

At City Council Meeting on April 3, 2018 angry Bill Elliott referred to DREAMERS as "Cockroaches"
and a drain on taxpayers.

Elliott Comments Dreamers and Immigrants

JOHN DOE
Plaintiff/Petitioner, In Pro Per
Safe at Home / Confidential Address
Email: JohnDoeCA2025@gmail.com

Case No. 2:26-cv-03659-MEMF-MBK
Assigned to Hon. Maame Ewusi-Mensah Frimpong
Magistrate Judge Michael B. Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual, | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff/Petitioner, | **EXHIBIT HH - June 8, 2026 Milan Mrakich email instructing Plaintiff not t** |
| v. | |
| CITY OF WEST COVINA, | |
| Defendant/Respondent. | |

# EXHIBIT HH

June 8, 2026 Milan Mrakich email instructing Plaintiff not to email subordinate staff while copying Buchalter and counsel

EXHIBIT HH

From: **Brian Gutierrez** Brian.Gutierrez@westcovina.org
Subject: **Follow-Up re Selective Enforcement and Unauthorized ADA Accommodation Disclosure**
Date: **Jun 8, 2026 at 12:13:06 PM**
To: **Milan Mrakich** MMrakich@westcovina.org, **Karen Ogawa** KOgawa@westcovina.org, **Roxanne E. Lerma** RLerma@westcovina.org, **Department Heads** departmentheads@westcovina.org, **William Trujillo** WTrujillo@westcovina.org, **Valerie Gonzales** VGonzales@westcovina.org, **Patricia Mosino** PMosino@westcovina.org, **Nilesh Mehta** NMehta@westcovina.org, **Eric Vargas** EVargas@westcovina.org
Cc: rob.bonta@doj.ca.gov, kelly.gerner@calbar.ca.gov, Michael.Newman@doj.ca.gov, Charles.Ragland@doj.ca.gov, Lakshmi.Jagannath@calbar.ca.gov

Milan,

This email is limited to the selective enforcement issue and the unauthorized disclosure of my ADA accommodation information.

Your June 8, 2026 email instructed me to direct correspondence to you and not to subordinate staff, while allowing me to copy the Finance Director. That instruction came after I asked why my Council allocation was showing a negative balance and whether ADA costs were again being charged or used against me.

So I am asking directly:

Was this communication protocol in place when City-controlled information concerning my ADA accommodation equipment was released, circulated, or allowed to reach Councilmember Rosario Diaz's husband, William Elliott? The Answer is Yes.

Was this protocol in place when an unofficial expense document included my ADA lamp and GoPro / 360-degree accommodation information? The Answer is Yes.

Was this protocol in place when that document included a May 7, 2026 GoPro item even though the request was for January through April 2026? The Answer was Yes.

Was this protocol in place when my disability-related accommodation equipment was publicly posted and used to invite ridicule? The Answer is Yes.

Or does this protocol apply only when I, an elected Councilmember with Autism Spectrum Disorder, ask lawful oversight questions? The Answer is Yes.

**<u>That is selective enforcement.</u>**

Your own May 20 email stated that you are "ultimately responsible for anything that comes out of this city, including documents and transmissions." You also acknowledged concerns about "raw

financial data being disclosed without redaction and proper oversight" and said you were implementing safeguards to prevent it from happening again.

That admission matters.

If safeguards had to be implemented after the fact, then the City already recognized there was a disclosure-control failure.

The issue is not ordinary public spending transparency. The issue is that ADA accommodation information tied to my disability was disclosed, stripped of medical context, and publicly weaponized. The GoPro / 360-degree camera and ADA lamp were not ordinary political expenses. They were disability-access items connected to my accommodation process.

Just because I have autism does not mean I am confused, unaware, or unable to understand what is happening. Do not mistake my disability for weakness. I understand the pattern. I understand the timing. I understand the selective enforcement.

You cannot restrict my lawful oversight communications while City-controlled ADA accommodation information is allowed to leave City Hall and be used against me.

You cannot tell me not to contact staff while City staff or City-controlled channels disclose my accommodation information to non-requesters or politically connected private persons.

You cannot treat my questions as misconduct while ignoring the unauthorized disclosure of my disability-related accommodation information.

Please answer in writing:

Who created the unofficial expense document posted online? According to you it was Eric Vargas

Who provided it to Councilwoman Rosario Diaz husband William Elliott and Mayor Lopez Viado or anyone connected to them?



# 10. Calling DREAMERS Cockroaches

At City Council Meeting on April 3, 2018 angry
Bill Elliott referred to DREAMERS as
"Cockroaches"
and a drain on taxpayers.

https://youtu.be/-lwLmHvzBic?t=13103

Who added the May 7, 2026 GoPro item when the request was for January through April 2026?
Who authorized inclusion of ADA-related accommodation items in the document?

Was the ADA Coordinator notified before or after the disclosure?

What investigation has been opened into the disclosure?

Why is your communication protocol being enforced against my oversight questions but not against the disclosure of my ADA accommodation information?

This is selective enforcement, ADA retaliation, and disability-related confidentiality misconduct.

Stop using protocols selectively.

Stop allowing ADA accommodation information to be treated as political ammunition.

Govern yourself accordingly.

Sincerely,
**Brian Gutierrez**
Councilmember, 1st District
City of West Covina



---

**From:** Brian Gutierrez <Brian.Gutierrez@westcovina.org>
**Sent:** Monday, 08 June 2026 11:23:26
**To:** Milan Mrakich <MMrakich@westcovina.org>; Karen Ogawa <KOgawa@westcovina.org>; Roxanne E. Lerma <RLerma@westcovina.org>; Department Heads <departmentheads@westcovina.org>; William Trujillo <WTrujillo@westcovina.org>; Valerie Gonzales <VGonzales@westcovina.org>; Patricia Mosino <PMosino@westcovina.org>; Nilesh

Mehta <NMehta@westcovina.org>
**Cc:** rob.bonta@doj.ca.gov <rob.bonta@doj.ca.gov>; kelly.gerner@calbar.ca.gov <kelly.gerner@calbar.ca.gov>; michael.newman@doj.ca.gov <michael.newman@doj.ca.gov>; Charles.Ragland@doj.ca.gov <Charles.Ragland@doj.ca.gov>; Lakshmi.Jagannath@calbar.ca.gov <Lakshmi.Jagannath@calbar.ca.gov>
**Subject:** Re: January thru April 2026 Revenue and Expenditure Reports

Milan,

Your June 8, 2026 email again attempts to restrict my communications with City staff and route my oversight communications through you. That same email copied Thomas O'Connell, Roger Scott, Thomas Duarte, and others while instructing me not to email subordinate staff.

Let me be clear: you are the City Manager. You are not my supervisor. You are not my boss. I am an elected Councilmember. Stay within your administrative lane.

I will not allow your office to use a "communication protocol" as a wall between an elected Councilmember and lawful oversight, Finance clarification, ADA access, public-records review, constituent service, or information necessary to perform official duties. I will communicate directly with appropriate City staff when necessary for lawful oversight and constituent-service purposes. I will not direct staff in violation of the Council-Manager form of government, but you do not get to convert that form of government into a gag order against one Councilmember.

Your decision to copy Buchalter on this routine Finance / Council allocation oversight issue is further evidence of the conflict I have raised with the Court. Thank you for making the record clear. When I asked why my Council allocation appeared negative by more than $1,000 and whether ADA accommodation costs were again being charged in retaliation, your response was not simply administrative. You copied Thomas O'Connell and Roger Scott. That shows exactly why Buchalter should be disqualified: Buchalter is not merely acting as neutral counsel for the municipal entity; Buchalter is being used to protect and advance positions for individual actors, including you, while simultaneously litigating against me and responding to matters where Buchalter attorneys are witnesses.

This is the same problem I have repeatedly identified. Buchalter says it represents the City, yet Roger Scott has appeared for you personally in the Shewmaker matter, and now you are copying Buchalter on your own administrative restriction email to me. The record reflects Buchalter appearing for the City and individual officials in related matters, and Roger Scott appearing as counsel for Milan Mrakich in the Shewmaker proceeding.   That is not a neutral City Attorney function. That is conflicted, self-protective lawyering paid with public money.

This email is also a formal litigation-hold and preservation demand.

You recently told me you were receiving a new hard drive and/or replacement computer equipment. You are hereby placed on notice that your current or former City computer, hard drive, laptop, desktop, City-issued devices, user profile, email account, cloud account, local files, metadata, logs, backups, messages, drafts, attachments, Teams messages, texts, iMessages, calendar entries, browser records, and all related electronically stored information must not be wiped, reimaged, overwritten, reset, altered, deleted, discarded, reassigned, or destroyed.

If any replacement, migration, servicing, hard-drive swap, reimaging, upgrade, or IT work is occurring, the old hardware must be preserved intact. The City must preserve the device itself, not merely selected files.

Judge Chalfant already ordered preservation. At the March 13, 2026 hearing, I requested that Respondents be ordered to preserve all records, including emails, texts, drafts, and evidence relating to the matter. The Court asked whether the City had any problem retaining all records related to the case; Mr. Scott answered, "Of course not," and then stipulated that the City would retain all documents. Judge Chalfant then stated: "Okay. So ordered."

That order is not optional.

I require written confirmation today that William, the City's IT Department, and anyone else involved in handling your computer, hard drive, user account, City-issued devices, or replacement equipment have been instructed to preserve the old hardware and all related ESI exactly as it exists.

That preservation must include, at minimum:

The physical computer, hard drive, SSD, laptop, desktop, or other device itself;

Any removable drive, USB device, external drive, docking station, or storage media assigned to you;

A complete forensic image or equivalent preservation copy before any migration, reimage, wipe, reset, reassignment, or disposal;

System metadata, logs, audit trails, deleted-file space, and user profiles;

Local files, network files, Outlook data, email archives, attachments, drafts, and calendar entries;

Microsoft Teams messages, text messages, iMessages, and other communications involving City business;

OneDrive, SharePoint, or other cloud-sync records and backups;

Communications with City staff, counsel, consultants, or outside parties regarding me, my ADA accommodations, my litigation, City records, public-integrity complaints, Boba Fest, CAAWC, Council allocation issues, your City Manager appointment, or any related matter.

If you, the City Attorney, Buchalter, Jones & Mayer, LCW, or any City official failed to communicate Judge Chalfant's preservation order to IT, that must be corrected immediately.

I also request written confirmation today of the following:

Whether you are receiving a new hard drive, computer, laptop, or other replacement equipment;

Whether your existing or prior device has been, or will be, wiped, reimaged, overwritten, reformatted, discarded, replaced, reassigned, or otherwise modified;

Whether the old hardware is being physically preserved;

Whether a forensic image has been or will be made before any IT work occurs;

Whether William and the IT Department have been instructed in writing not to wipe, reset, reimage, destroy, discard, or alter the device;

Whether Buchalter, Jones & Mayer, LCW, or the City Attorney have issued or updated litigation-hold instructions regarding your devices, accounts, files, emails, and metadata;

Whether any City staff member has already accessed, copied, altered, migrated, deleted, or transferred data from your current or former device.

If I do not receive written confirmation today that your old computer/hard drive and all related ESI are being preserved intact pursuant to Judge Chalfant's order and the City's litigation obligations, I will seek court enforcement, sanctions, and any other appropriate relief against you, the City, Buchalter, and any person involved in spoliation, concealment, or failure to preserve evidence.

Corruption, concealment, selective enforcement, obstruction, and retaliation have no place at City Hall. Stop hiding records. Stop using lawyers and protocols to delay oversight. Stop treating lawful questions from an elected Councilmember as misconduct.

Your conduct continues to appear retaliatory. You have repeatedly tried to restrict my access, block communications, route my oversight through yourself, involve taxpayer-funded lawyers when I ask basic questions, and now appear to be attempting to control the information flow while relevant electronic evidence is at risk.

I will not tolerate intimidation, isolation, obstruction, or retaliation in my official capacity. If you continue engaging in conduct that I reasonably believe is intended to intimidate, isolate, obstruct, or retaliate against me, I will evaluate all available legal remedies, including court enforcement and protective relief where appropriate.

I am also aware of serious allegations concerning your prior conduct involving Ms. Chanel Chivas in La Habra. I am not making final findings in this email, but I am putting you on notice that I will document any similar pattern of alleged retaliation, intimidation, abuse, or misuse of authority. Do not treat me the way Ms. Chivas alleged she was treated. I will hold you accountable through lawful channels, just as she did.

Finally, because you previously told me your brother works for the Los Angeles County District Attorney's Office and was aware of my public-integrity complaints, I have contacted appropriate supervisory personnel within District Attorney Nathan Hochman's office to ensure the integrity of any review or investigation is not compromised. No City official should be discussing pending complaints, investigative matters, internal DA information, or public-integrity allegations through family connections or informal channels.

You need to remain within your administrative role. The City Manager serves the City and implements lawful direction from the governing body. The City Manager does not control an elected Councilmember, does not obstruct oversight, does not decide which lawful questions I may ask, and does not get to place potentially relevant evidence at risk.

Govern yourself accordingly.

Sincerely,
**Brian Gutierrez**
Councilmember, 1st District
City of West Covina



THEN THE LAST THING WAS TO ORDER -- DIRECT THE RESPONDENTS TO PRESERVE ALL RECORDS, INCLUDING E-MAILS, TEXTS, DRAFTS, AND EVIDENCE RELATING TO THE MATTER.

24

THE COURT:  YEAH.  IS THAT IN THE EX PARTE?

MR. SCOTT:  I BELIEVE IT WAS, YOUR HONOR.  BUT

AGAIN, THAT'S A COMPLY-WITH-THE-LAW ISSUE.  I THINK THE

CITY IS WELL AWARE OF ITS OBLIGATIONS.

THE COURT:  PRESERVATION OF RIGHTS -- BECAUSE AGENCIES USUALLY HAVE RETENTION POLICIES, WHICH I DON'T KNOW WHAT YOUR RETENTION POLICY IS.

YOU HAVE NO PROBLEM RETAINING ALL THE RECORDS RELATED TO THIS?

MR. SCOTT:  OF COURSE NOT, YOUR HONOR.  AND THE RETENTION POLICY WOULD BE MUCH LONGER THAN WHAT THIS IS BECAUSE THIS BEGAN SEPTEMBER OF 2025, SO WE'RE NOT EVEN A YEAR IN.

THE COURT:  SO YOU'LL STIPULATE THAT YOU WILL RETAIN ALL DOCUMENTS?

MR. SCOTT:  OF COURSE, YOUR HONOR.

THE COURT:  OKAY.  SO ORDERED.

---

**From:** Milan Mrakich <MMrakich@westcovina.org>
**Sent:** Monday, 08 June 2026 09:03:00
**To:** Brian Gutierrez <Brian.Gutierrez@westcovina.org>; Karen Ogawa <KOgawa@westcovina.org>; Roxanne E. Lerma <RLerma@westcovina.org>
**Cc:** Valerie Gonzales <VGonzales@westcovina.org>; Patricia Mosino <PMosino@westcovina.org>; toconnell@buchalter.com <toconnell@buchalter.com>; Scott, Roger L. <rscott@buchalter.com>; Thomas P. Duarte <tpd@jones-mayer.com>; Milan Mrakich <MMrakich@westcovina.org>
**Subject:** RE: January thru April 2026 Revenue and Expenditure Reports

Councilmember Gutierrez,

As a reminder, please direct all correspondence to my attention and you can copy the Finance director. Please do not send emails to subordinate staff.

If you have any questions, please let me know.

**MILAN M. MRAKICH | CITY MANAGER**
City Manager's Office | City of West Covina
1444 W. Garvey Avenue South | West Covina, CA 91790
Office (626) 939-8401 | Direct (626) 939-8402
Email: mmrakich@westcovina.org
City Website: www.westcovina.org



@WestCovinaCity

**Confidentiality Notice**
*This e-mail, including all attachments, may contain CONFIDENTIAL information and is meant solely for the intended recipient. It may contain controlled, privileged, or proprietary information that is protected under applicable law and shall not be disclosed to any unauthorized third party. If you are not the intended recipient, you are hereby notified that any unauthorized review, action, disclosure, distribution, or reproduction of any information contained in this e-mail and any attachments is strictly PROHIBITED. If you received this e-mail in error, please reply to the sender immediately stating that this transmission was misdirected, and delete all electronic and paper copies of this e-mail and attachments without disclosing the contents.*

**From:** Brian Gutierrez <Brian.Gutierrez@westcovina.org>
**Sent:** Sunday, June 7, 2026 1:10 PM
**To:** Karen Ogawa <KOgawa@westcovina.org>; Milan Mrakich <MMrakich@westcovina.org>; Roxanne E. Lerma <RLerma@westcovina.org>
**Cc:** Valerie Gonzales <VGonzales@westcovina.org>; Patricia Mosino <PMosino@westcovina.org>
**Subject:** Re: January thru April 2026 Revenue and Expenditure Reports

Why is my council allocation showing negative $1,000 plus. Are we going back and forth again on ADA cost in retaliation by the city manager.

Sincerely,
*Brian Gutierrez*
**Councilmember, 1st District**
**City of West Covina**



On Jun 6, 2026, at 8:39 AM, Karen Ogawa <KOgawa@westcovina.org> wrote:

Good morning:

Please find attached the January through April 2026 revenues and expenditures reports.

Thanks!

**Karen Ogawa | Finance Director**
Finance Department **|** City of West Covina
1444 W. Garvey Avenue South | West Covina, CA 91790
Office (626) 939-8438 | Direct (626) 939-8463
Email: kogawa@westcovina.org
City Website: www.westcovina.org

@WestCovinaCity

**Confidentiality Notice**
*This e-mail, including all attachments, may contain CONFIDENTIAL information and is meant solely for the*

*intended recipient. It may contain controlled, privileged, or proprietary information that is protected under applicable law and shall not be disclosed to any unauthorized third party. If you are not the intended recipient, you are hereby notified that any unauthorized review, action, disclosure, distribution, or reproduction of any information contained in this e-mail and any attachments is strictly PROHIBITED. If you received this e-mail in error, please reply to the sender immediately stating that this transmission was misdirected, and delete all electronic and paper copies of this e-mail and attachments without disclosing the contents.*



**Milan ADA Leaked .pdf**

**486 KB**

# RE: Formal Civil-Rights Notice / Unauthorized ADA Disclosure / Unproduced Credit Card Records

**From:** Brian Gutierrez Brian.Gutierrez@westcovina.org

**To:** Milan Mrakich MMrakich@westcovina.org, Roxanne E. Lerma RLerma@westcovina.org, Karen Ogawa KOgawa@westcovina.org, finance finance@westcovina.org, Department Heads departmentheads@westcovina.org

**Cc:** rob.bonta@doj.ca.gov , michael.newman@doj.ca.gov , Hchun@da.lacounty.gov hchun@da.lacounty.gov, maramire@da.lacounty.gov

**Date:** Wed, May 20, 2026, 1:35 PM

May 19 Transcription.pdf 106 KB

Acting City Manager Milan Mrakich, ADA Coordinator Roxanne Lerma,

This email serves as a formal civil-rights notice, ADA confidentiality objection, elected-official oversight demand, and preservation notice.

Milan, you still have not produced the taxpayer-funded City credit card statements and transaction-level records I requested for official Council oversight. I requested those records because they involve public funds, City-issued credit cards, taxpayer expenditures, and your spending as Acting City Manager.

Those records are not private. They are taxpayer-funded financial oversight records.

I am asking again, directly:

What are you hiding?

Why have your City-issued credit card statements still not been produced?

Why are you allowed to act as the gatekeeper over records concerning your own spending?

Why are taxpayer-funded lawyers being used to shield or delay production of your financial records while ADA-related accommodation information about me is being circulated publicly and weaponized?

Karen's public statement at the May 19, 2026 City Council meeting confirmed that the expense document circulated online was not an official Finance production. She stated that when a public records request involves finances, the responsive information comes from Finance; that she had not prepared anything in response to that request; and that the document circulating publicly was "not from" Finance and was an "unofficial document."

That statement matters.

It means the document William Elliott posted was not the official Finance response. It was not the official public records production. It was an unofficial, misleading, and unauthorized document that contained my ADA-related

1 / 7

accommodation equipment and was publicly used to attack me.

Milan, at that same meeting, you stated that you are responsible for anything that comes out of the City, including documents and transmissions, and that you were aware of my concerns and were looking into them. That is not enough.

If you are responsible for City documents and transmissions, then you must now identify who created the unofficial list, who transmitted it, who gave it to William Elliott, who added the May GoPro item, who decided to include ADA-related accommodation equipment, and who allowed it to be circulated before the actual requester received Finance's official response.

Based on the access trail, this has now narrowed to Milan, Roxanne, or Erick, unless the City identifies another person with access to the ADA-related accommodation information, Council allocation information, purchasing information, or equipment information that appeared in the unofficial document. I am not guessing anymore. The City needs to identify the source.

The public records request was for Council account expenditure reports and reimbursement requests for January, February, March, and April 2026. The unofficial document posted online included a May 7, 2026 GoPro item. That May item was outside the request period. The original requester had not yet received the City's production, yet Councilwoman Rosario Diaz's husband had an unofficial document containing my ADA-related equipment before the requester received the official records.

That is not normal. That is not transparency. That is selective disclosure.

It is also civil-rights interference.

My ADA accommodation information is protected disability-related information. The City, its ADA Coordinator, HR, IT, Finance, City management, and counsel are not permitted to treat my disability accommodations as political ammunition. The GoPro / 360-degree recording device, ADA-related equipment, USB / physical storage accommodation, agenda-access tools, and related devices are tied to documented disability accommodations. Publicly circulating those items without context, inflating them, mislabeling them, or allowing them to be used to ridicule me interferes with my ADA rights.

The unauthorized disclosure or public weaponization of disability-accommodation information may constitute:

1.  interference, intimidation, coercion, or retaliation under the ADA;
2.  discrimination and denial of equal access under Title II of the ADA;
3.  Section 504 retaliation and discrimination if federal funds are implicated;
4.  failure to maintain confidentiality of disability-related medical/accommodation information;
5.  failure to engage in a good-faith interactive process;
6.  disability harassment and hostile public-service environment;
7.  California constitutional privacy violations;

**2 / 7**

8. FEHA-related disability discrimination, retaliation, and failure to accommodate;

9. evidence of deliberate indifference for purposes of damages;

10. evidence supporting injunctive relief, compensatory damages, attorney-fee exposure, and amendment of the pending federal lawsuit.

The consequences are serious. Disability-related medical and accommodation information is not a political record to leak, manipulate, or use for retaliation. When a public entity's officials or employees disclose, misuse, or weaponize accommodation information to chill a disabled official's exercise of rights, that conduct can become direct evidence of intentional discrimination, retaliation, and interference.

The City has had notice of my disability and accommodation requests since January. Dr. Chang has repeatedly provided medical documentation. The City knows these accommodations are tied to Autism Spectrum Disorder, auditory-processing limitations, sensory-integration limitations, executive-functioning limitations, chronic pain, and the need for equal access to Council proceedings. If City officials then disclose or manipulate accommodation-related equipment information to make me look like I am abusing public funds, that is not merely rude or political. It is potentially actionable civil-rights misconduct.

I am now determining who will be named or added in the federal lawsuit and in related administrative complaints. That includes the City, City management, the ADA Coordinator, any person who disclosed or transmitted the ADA-related information, and any person who knowingly participated in the retaliation, cost-shifting, concealment, or public weaponization of my disability accommodations.

Roxanne, I am also putting you on formal notice regarding your conduct. Your tone has been condescending, dismissive, and disrespectful. As ADA Coordinator, your role is not to minimize my disability, benefit Tony Wu, defend the Council majority, or treat my requests as an inconvenience. Your role is to coordinate ADA compliance, protect confidential disability-related information, ensure effective communication, and engage in a neutral good-faith interactive process.

Do not speak to me in a condescending manner. Do not dismiss my accommodation concerns. Do not act as though my medical provider's determinations are optional. Do not allow City politics to influence disability-access decisions.

If you are the ADA Coordinator, then you are responsible for protecting ADA information, not allowing it to be exposed, mislabeled, or weaponized.

If Erick had access to the GoPro, IT, equipment, purchasing, or accommodation-related information, then Erick must also preserve and identify all communications and records showing who asked for the information, who handled it, and who transmitted or discussed it. If Erick was not involved, the City must state that clearly.

The City Attorney's position is also unacceptable. I object to any statement or position by the City Attorney that the City does not need to follow Attorney General Rob Bonta's guidance regarding disability access to public meetings or State of City . The Attorney General's guidance is directly relevant. Public meeting access is not limited to entering the building. It includes access to the information communicated at the meeting, accessible

agenda materials, effective communication, auxiliary aids, and reasonable accommodations. The City Attorney should not be advising the City to disregard statewide civil-rights guidance from the California Attorney General.

I demand immediate written answers to the following:

1. When will Milan's City-issued credit card statements and transaction-level records be produced?
2. Who is delaying, withholding, reviewing, or controlling those records?
3. Is Milan reviewing or approving production of records concerning his own spending?
4. Who created the unofficial expense list posted by William Elliott?
5. Who gave, transmitted, showed, summarized, or leaked that list to William Elliott, Rosario Diaz, or anyone connected to them?
6. Why did the unofficial document include a May 7 GoPro item when the public records request was for January through April?
7. Who added the May GoPro item?
8. Who decided to include ADA-related accommodation equipment in the unofficial document?
9. Who had access to the ADA-related accommodation information reflected in the unofficial document?
10. Was Milan involved in creating, reviewing, transmitting, approving, or discussing the unofficial list?
11. Was Roxanne involved in creating, reviewing, transmitting, approving, discussing, or identifying ADA-related accommodation items for the list?
12. Was Erick involved in creating, reviewing, transmitting, approving, purchasing, processing, or identifying the GoPro or other ADA-related accommodation equipment?
13. Was the City Attorney involved in reviewing, approving, discussing, or authorizing the release or circulation of the unofficial list?
14. Was any member of the Council majority involved in requesting, receiving, discussing, or circulating the unofficial list?
15. What written policy governs confidentiality of ADA accommodation information?
16. What written policy governs how ADA accommodation costs are coded, recorded, or separated from discretionary Council allocation expenses?
17. What immediate corrective action is the City taking to stop further disclosure or weaponization of my ADA-related information?
18. What investigation is being opened to identify the source of the unauthorized disclosure?
19. Who will conduct that investigation?
20. Will the City confirm that Milan, Roxanne, and Erick are being treated as potential sources until the City identifies the actual source?

I also demand that the City stop charging or characterizing disability accommodation equipment as ordinary Council allocation spending. If the equipment is required because of my disability, it is an ADA / Section 504 accommodation. It is not a discretionary political expense, and it should not be used to reduce my district's allocation or publicly attack my spending.

**4 / 7**

This is a formal preservation notice. Preserve all emails, texts, Teams messages, notes, memoranda, drafts, purchase records, invoices, allocation records, reimbursement records, CPRA logs, production logs, screenshots, call logs, internal communications, metadata, and attachments concerning:

- my request for Milan's City credit card statements;
- any instruction to withhold, delay, route, or review those records;
- Milan's City-issued credit cards and transaction records;
- the unofficial expense document posted by William Elliott;
- any communications with William Elliott, Rosario Diaz, Tony Wu, Mayor Letty Lopez-Viado, Jerri Potras, Sherrie Berillon, or any City official regarding Council expenses;
- the May 7 GoPro item;
- the ADA Desk lamp;
- USB / physical storage accommodation;
- GoPro / 360-degree recording accommodation;
- ergonomic chair or seating accommodation;
- teleconferencing / remote participation accommodation;
- any decision to charge ADA accommodation costs to my Council allocation;
- any communication involving Milan, Roxanne, Erick, Karen, Finance, City Clerk, City Attorney, LCW, Buchalter, or Jones & Mayer concerning my ADA accommodations or Council allocation expenses;
- any communication regarding Attorney General Rob Bonta's disability-access guidance;
- any communications regarding whether my ADA information could be disclosed, redacted, withheld, coded, or publicly released.

This is not an unlawful staff direction. This is an official oversight inquiry, ADA confidentiality objection, civil-rights notice, retaliation objection, records demand, and litigation preservation notice.

The City cannot hide Milan's taxpayer-funded credit card statements while an unofficial document containing my ADA-related accommodation equipment is leaked or circulated to attack me.

Produce the records. Identify the source. Stop the disclosure. Preserve everything.

Sincerely,

*Brian Gutierrez*

Councilmember, 1st District

City of West Covina



**From:** Milan Mrakich MMrakich@westcovina.org

**To:** Brian Gutierrez Brian.Gutierrez@westcovina.org

**Cc:** rob.bonta@doj.ca.gov , michael.newman@doj.ca.gov , Hchun@da.lacounty.gov hchun@da.lacounty.gov, maramire@da.lacounty.gov , Milan Mrakich MMrakich@westcovina.org

**Date:** Wed, May 20, 2026, 6:17 PM

Good evening, Councilmember Guitierrez,

Per your request, I have copies of my Visa Card Statements from May 2025 through May 2026 ready for your review. Please stop by at your convenience to review.

As we discussed earlier today and as I stated last night, I am ultimately responsible for anything that comes out of this city, including documents and transmissions. I'm aware of your concerns about raw financial data being disclosed without redaction and proper oversight. I do not take this matter lightly, and again, I hold myself ultimately responsible.

I cannot emphasize enough that I have taken this matter seriously and am immediately implementing internal policies, procedures, and safeguards to prevent this from happening again.

It was a pleasure speaking with you today, and I want to assure you that I am addressing your questions and concerns with the utmost importance.

Please feel free to call me at my desk or on my cell if you have any questions.

**Milan M. Mrakich I Acting City Manager**

City Manager's Office I City of West Covina

1444 W. Garvey Avenue South I West Covina, CA 91790

Office (626) 939-8401 I Direct (626) 939-8402

Email: mmrakich@westcovina.org

City Website: www.westcovina.org



@WestCovinaCity

**Confidentiality Notice**

*This e-mail, including all attachments, may contain CONFIDENTIAL information and is meant solely for the intended recipient. It may contain controlled, privileged, or proprietary information that is protected under applicable law and shall not be disclosed to any unauthorized third party. If you are not the intended recipient, you are hereby notified that any unauthorized review, action, disclosure, distribution, or reproduction of any information contained in this e-mail and any attachments is strictly PROHIBITED. If you received this e-mail in error, please reply to the sender immediately stating that this transmission was misdirected, and delete all electronic and paper copies of this e-mail and attachments without disclosing the contents.*

**2 Emails**