JOHN DOE
Plaintiff, Pro Se
Proceeding under pseudonym
Email: JohnDoeCA2025@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to:<br>District Judge Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge Hon. Michael B. Kim<br><br>**DECLARATION OF JOHN DOE IN SUPPORT OF SUPPLEMENTAL SEALING APPLICATION** |

## DECLARATION OF JOHN DOE

I, John Doe, declare:

1. I am the Plaintiff in this action. I make this declaration based on personal knowledge, except as to matters stated on information and belief, and as to those matters I believe them to be true.

2. I am an active participant in California's Safe at Home address confidentiality program. I have used the pseudonym John Doe in this matter because disclosure of my identifying information in court records presents serious safety, retaliation, privacy, and disability-related concerns.

3. I am submitting Exhibit II under seal because it contains my confidential information form, Safe at Home information, and identifying information. I understand California law and the Safe at Home form to require confidential treatment of this information. Public disclosure would defeat the purpose of submitting the form confidentially.

4. I am submitting Exhibit JJ under seal because it is a federal criminal case protective order connected to a criminal case in which I contend my safety concerns arise. The protective order concerns personal identifying information, confidential informant information, cooperating witness information, and safety-sensitive materials.

5. This case is in federal court because Respondent City of West Covina removed the action from state court. If the case had remained in California Superior Court, I believe California Code of Civil Procedure section 367.3 would have required parties and attorneys to use my pseudonym and protect identifying characteristics after service of the confidential information form.

6. I contend that Respondent's counsel, Roger Scott and Buchalter LLP, have pursued arguments against sealing and pseudonymity in retaliation for my reporting of conflicts and for my motion to disqualify counsel in Los Angeles Superior Court. I understand the Court has not yet ruled

on those issues, but the conduct is part of why I fear public disclosure of the sealed materials.

7. I am informed and believe that Mr. Scott recently requested or sought access to my latest treating-physician letter through City ADA and outside employment counsel channels, even though medical materials were already provided in proposed sealed filings. I believe Mr. Scott and Buchalter have interfered with my ADA accommodations and may become witnesses or proposed Doe defendants in this action or a related action.

8. During meet-and-confer discussions with the proposed amicus, I asked whether he would respect a Court ruling maintaining my John Doe status if the Court recognized my safety risk and danger. I understood his response to be that he could not promise me he would not disclose information. That frightened me because once my identifying or safety-sensitive information is publicly amplified, the harm cannot be undone.

9. I am not seeking through this supplemental filing a broad order regulating all outside speech by non-parties. I am asking the Court to maintain pseudonymity in the court record and to seal or review in camera the specific documents that contain Safe at Home information, identifying information, and federal criminal protective order materials.

10. I respectfully request that the Court grant the supplemental sealing application and protect Exhibits II and JJ from public filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2026.


/s/ John Doe
John Doe, Plaintiff Pro Se