JOHN DOE
Plaintiff, Pro Se
Proceeding under pseudonym
Email: JohnDoeCA2025@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to:<br>District Judge Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge Hon. Michael B. Kim<br><br>**SUPPLEMENTAL EXHIBIT INDEX** |

## SUPPLEMENTAL EXHIBIT INDEX

| Exhibit | Description | Public/Sealed Status |
|---|---|---|
| II | Confidential Information Form under California Code of Civil Procedure section 367.3 and Safe at Home documentation. | Proposed under seal / in camera only. Public placeholder filed. |
| JJ | Federal criminal case protective order in United States v. Del Entertainment, Inc., et al., Case No. 2:22-cr-00267-MEMF. | Proposed under seal / in camera only. Public placeholder filed. |
| KK | Assembly Bill 800 / Code of Civil Procedure section 367.3 Safe at Home pseudonymity statute. | Public. |
| LL | Judicial Council materials / Confidential Information Form instructions under Code of Civil Procedure section 367.3. | Public. |

Dated: June 11, 2026

/s/ John Doe
Plaintiff, Pro Se