JOHN DOE
Plaintiff, Pro Se
Proceeding under pseudonym
Email: JohnDoeCA2025@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to:<br>District Judge Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge Hon. Michael B. Kim<br><br>**[PROPOSED] ORDER GRANTING SUPPLEMENTAL APPLICATION TO FILE EXHIBITS II AND JJ UNDER SEAL** |

**[PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S SUPPLEMENTAL APPLICATION TO FILE EXHIBITS II AND JJ UNDER SEAL**

1. The Court has reviewed Plaintiff John Doe's Supplemental Notice and Application to File Exhibits II and JJ Under Seal, the supporting declaration, the public exhibit index, the public placeholders, and the documents proposed for sealed or in camera review.

2. Good cause and compelling reasons exist to protect the materials identified as Exhibits II and JJ because they contain Safe at Home information, confidential identifying information, federal criminal protective order material, confidential informant/cooperating-witness related information, or safety-sensitive information.

3. Plaintiff's request is narrowly tailored. Plaintiff does not seek blanket sealing of the entire action. Plaintiff seeks sealing only of Exhibits II and JJ and related unredacted identifying/safety-sensitive content.

4. The application is GRANTED.

5. Exhibit II shall be filed under seal or maintained for in camera review only and shall not be publicly accessible unless further ordered by the Court.

6. Exhibit JJ shall be filed under seal or maintained for in camera review only and shall not be publicly accessible unless further ordered by the Court.

7. The public docket may contain public placeholder pages for Exhibits II and JJ and public legal authorities, including the public Safe at Home statutory materials and form instructions.

8. Pending further order, publicly filed documents in this action shall refer to Plaintiff as John Doe and shall not publicly include Plaintiff's Safe at Home information, home address, confidential

identifying characteristics, medical/disability information, confidential informant information, cooperating-witness information, or safety-sensitive details, except as permitted by further order of the Court.

9. Nothing in this Order decides the ultimate merits of Plaintiff's claims, Respondent's defenses, any motion to intervene, any motion for leave to file an amicus brief, or any motion to disqualify counsel.

IT IS SO ORDERED.

DATED: _____

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE