# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | CASE NO. 2:26-cv-03659-MEMF-MBK |
| Plaintiff, | **PLAINTIFF JOHN DOE'S NOTICE OF NARROWING OF REQUESTED RELIEF AND LODGING OF REVISED PROPOSED ORDER** |
| v. | |
| CITY OF WEST COVINA, | Assigned to: Hon. Maame Ewusi-Mensah Frimpong |
| Defendant. | |

### PLAINTIFF JOHN DOE'S NOTICE OF NARROWING OF REQUESTED RELIEF AND LODGING OF REVISED PROPOSED ORDER

Plaintiff John Doe gives notice that he narrows the relief requested in his pending pseudonymity and sealing-related filing.

Plaintiff withdraws only the request for a broad order prohibiting any amicus, proposed amicus, or non-party from publicly disclosing, repeating, linking, publishing, or amplifying Plaintiff's legal name or identifying information.

Plaintiff does not withdraw his request to proceed under the pseudonym John Doe. Plaintiff also does not withdraw his requests for sealing, redaction, in camera review, Safe at Home protections, medical and disability privacy protections, ADA accommodation confidentiality protections, or protection of safety-sensitive evidence.

Plaintiff makes this narrowing to avoid unnecessary collateral litigation over third-party speech and to focus the Court on the central issues: whether Plaintiff may proceed under a pseudonym and whether specific medical, Safe at Home, disability, law-enforcement, and safety-sensitive materials should be sealed, redacted, or reviewed in camera.

Nothing in this Notice waives Plaintiff's rights, remedies, objections, safety concerns, privacy rights, ADA rights, Safe at Home protections, or ability to seek relief if any person violates a sealing order, protective order, confidentiality order, or any other order of this Court.

Nothing in this Notice authorizes the public filing, disclosure, republication, or dissemination of material that the Court seals, permits to be filed under seal, reviews in camera, or otherwise protects through a confidentiality, sealing, protective, redaction, or access-limitation order.

Plaintiff concurrently lodges a revised proposed order removing the broad third-party/amici speech restriction.

Dated: June 11, 2026

/s/ John Doe

John Doe
Plaintiff, Pro Se

1

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2026, I served the foregoing document by filing it through the Court's CM/ECF system or, if applicable, by email or other court-approved method on all parties and counsel of record.


Dated: June 11, 2026

/s/ John Doe

John Doe
Plaintiff, Pro Se