**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant. | CASE NO. 2:26-cv-03659-MEMF-MBK<br><br>**[PROPOSED] ORDER RE NOTICE OF NARROWING OF REQUESTED RELIEF**<br><br>Assigned to: Hon. Maame Ewusi-Mensah Frimpong |

**[PROPOSED] ORDER RE NOTICE OF NARROWING OF REQUESTED RELIEF**

The Court has considered Plaintiff John Doe's Notice of Narrowing of Requested Relief and the revised proposed order lodged with that notice.

IT IS HEREBY ORDERED:

1. Plaintiff's Notice of Narrowing of Requested Relief is accepted.

2. Plaintiff has withdrawn only the request for a broad order prohibiting any amicus, proposed amicus, or non-party from publicly disclosing, repeating, linking, publishing, or amplifying Plaintiff's legal name or identifying information.

3. Plaintiff's remaining requests are not withdrawn, including his request to proceed under the pseudonym John Doe and his requests for sealing, redaction, in camera review, Safe at Home protections, medical and disability privacy protections, ADA accommodation confidentiality protections, and protection of safety-sensitive evidence.

4. This Order concerns the caption, filings, evidence, and materials submitted in this case. Nothing in this Order authorizes any person to publicly file, disclose, publish, or disseminate sealed, redacted, confidential, Safe at Home, medical, disability, ADA accommodation, law-enforcement, or safety-sensitive information except as permitted by further order of the Court.

5. The Court will address any pending request for pseudonymity, sealing, redaction, protective relief, or in camera review under the applicable legal standards.

IT IS SO ORDERED.

Dated: _____

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge