**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br><br>vs.<br><br>CITY OF WEST COVINA, et al.,<br>Defendants. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>SUPPLEMENTAL EXHIBIT INDEX RE FOCUSED ADA EX PARTE APPLICATION |

**SUPPLEMENTAL EXHIBIT INDEX RE FOCUSED ADA EX PARTE APPLICATION**

| Exhibit | Description |
|---|---|
| A | June 8, 2026 email screenshot transmitting Dr. Chang June 2026 confidential ADA letter to City ADA Coordinator Roxanne Lerma (medical letter not publicly attached). |
| B | June 2026 text-message screenshots showing Plaintiff asked ADA Coordinator not to leak or forward medical information outside the ADA process and Ms. Lerma stated she would provide the letter to LCW representatives. |
| C | June 10, 2026 call-log screenshot showing 22-minute incoming call with ADA Coordinator Roxanne Lerma. |
| D | June 12, 2026 ADA public violations email chain concerning the City's failure to conduct an interactive ADA accommodation process for resident Vivian Meleka. |
| E | June 16, 2026 West Covina closed-session agenda showing the federal case is scheduled for closed-session discussion. |

Dated: June 13, 2026

/s/ John Doe
Plaintiff, Pro Se