JOHN DOE
Plaintiff/Petitioner, Pro Se
Safe at Home Confidential Address
Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Defendant/Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge: Hon. Michael B. Kim<br><br>**REQUEST FOR JUDICIAL NOTICE AND EXHIBIT INDEX** |

## REQUEST FOR JUDICIAL NOTICE

Plaintiff John Doe respectfully requests that the Court take judicial notice of the existence and filing of the public state-court record attached as Exhibit A. The document is offered to show the position taken by Roger L. Scott and Buchalter LLP in another court filing, and to show counsel's publicly stated role as counsel for Third Party Milan Mrakich while also serving as litigation counsel for the City of West Covina in related matters. Plaintiff does not ask the Court to accept the truth of every disputed factual assertion contained in the document.

Exhibit A is relevant to the City's opposition to sealing because Respondent's opposition is submitted by counsel whose own role, dual representation, and potential witness/conflict status are disputed in this action. The document is a public court filing and may be considered for its existence, filing, and the positions taken therein.

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | Declaration of Roger L. Scott in Support of Third Party Milan Mrakich's Motion to Quash Subpoena or for Protective Order, filed May 4, 2026, Los Angeles Superior Court, Whittier Courthouse, John Doe v. John Shewmaker, Case No. 25PSR001328. |

Dated: June 16, 2026

/s/ John Doe

John Doe

Plaintiff/Petitioner, Pro Se