# EXHIBIT A

Roger L. Scott / Buchalter Declaration Identifying Representation of Third Party Milan Mrakich and City of West Covina

Buchalter LLP
ROGER L. SCOTT (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: rscott@buchalter.com

Attorney for Third Party
MILAN MRAKICH

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/4/2026 5:30 PM
David W. Slayton, Clerk of Court

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES—WHITTIER COURTHOUSE

| | |
|---|---|
| JOHN DOE,<br><br>          Petitioner,<br><br>     vs.<br><br>JOHN SHEWMAKER,<br><br>          Respondent. | CASE NO. 25PSR001328<br><br>**DECLARATION OF ROGER L. SCOTT IN SUPPORT OF THIRD PARTY MILAN MRAKICH'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**<br><br>[Notice of Motion and Motion, Memorandum of Points & Authorities, Declaration of Milan Mrakich, and Proposed Order filed concurrently herewith]<br><br>Date:<br>Time:<br>Dept: |

BUCHALTER 109994594v1

**SCOTT DECL. ISO MOTION TO QUASH SUBPOENA**

## DECLARATION OF ROGER L. SCOTT

I, Roger L. Scott, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am a Partner at Buchalter, LLP, counsel of record for Third Party Milan Mrakich.  I am also litigation counsel for the City of West Covina in other pending matters filed by "John Doe" against the City and Mr. Mrakich.  I am readily familiar with the facts of these cases and, if called upon, could and would testify to the facts herein from my review of the case documents, or from my personal knowledge.

2.     On September 10, 2025, "John Doe" filed *John Doe v. The City of West Covina*, No. 25STCV26419 and sought emergency relief to stop the City Council from holding a censure vote and to seal records related to the case.  On September 10, 2025, the Court denied "John Doe's" *ex parte* application.  On September 12, 2025 "John Doe" sought reconsideration, and that too was denied.  After Mr. Doe's *ex parte* application was denied, he dismissed the matter.

3.     On or about March 10, 2026, "John Doe" filed a new action, *John Doe v. City of West Covina*, Case No. 26STCP00957.  This new action named individual City staff members, including Mr. Mrakich (Mr. Doe later dismissed the individual defendants).

4.     On March 13, 2026 and March 23, 2026, the Court heard two additional *ex parte* applications from Mr. Doe, seeking to stop a second censure vote, and to prevent the City from instituting policies to stop him from harassing City staff.  Both were denied.

5.     After Mr. Doe lost two subsequent ex parte applications, he re-fashioned his case as one for alleged violation of his ADA rights, and the matter was removed to federal court, *John Doe v. City of West Covina*, United States District Court for the Central District of California Case No. 2:26-cv-03659-MEMF-MBK.  Mr. Doe then filed a fourth *ex parte* application, purporting to enforce his ADA rights.  That application remains pending.

6.     In addition to his litigation against the City, on or about February 23, 2026, Mr. Doe filed a civil harassment restraining order against Mr. Mrakich, falsely claiming that Mr. Mrakich threatened to kill him.  *John Doe v. Milan Mrakich*, Case No. 26PSRO0289).  On February 24, 2026, the Court denied Mr. Doe's request for a temporary restraining order.  Before the matter could be heard on the merits, Mr. Doe dismissed the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 4th day of May, 2026 at Long Beach, California.


_/s/ Roger L. Scott_____
Roger L. Scott

BUCHALTER 109994594v1                    2

**SCOTT DECL. ISO MOTION TO QUASH SUBPOENA**