**BUCHALTER LLP**
ROGER L. SCOTT (SBN:  247165)
CLAIRE L. KATZ  (SBN:  358999)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.224.6265
Fax: 949.720.0182
Email: rscott@buchalter.com
        ckatz@buchalter.com

Attorneys for Respondent,
CITY OF WEST COVINA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | CASE NO. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Maame Ewusi-Mensah Frimpong<br><br>**RESPONDENT CITY OF WEST COVINA'S REQUEST TO STRIKE OR DEEM MOOT PLAINTIFF'S SEALING APPLICATIONS (DOCKET NOS. 57 AND 64)** |

BUCHALTER LLP
IRVINE

**REQUEST TO STRIKE OR DEEM MOOT DOCKET NOS. 47 AND 64**

Respondent City of West Covina respectfully submits this Notice regarding Mr. Doe's pending sealing applications at Docket Nos. 57 and 64, each of which were filed in support of Mr. Doe's now stricken Motion to Proceed under a pseudonym. Docket 56 (Motion to Proceed Under Pseudonym); Docket 70 (order striking motion).

When sealed materials are not considered in resolving the underlying matter, the better course is to deny the related sealing request as moot and strike the sealed materials from the docket, rather than undertake an unnecessary sealing analysis. *Brian W. v. Premera Blue Cross of Washington*, No. C24-0154-KKE, 2026 WL 1552524, at *1 (W.D. Wash. June 2, 2026) (citing *United States v. Safran Grp., S.A.*, No. 15-cv-00746-LHK-SVK, 2018 WL 11436322, at *4 (N.D. Cal. Sept. 14, 2018)).

Mr. Doe's June 5, 2026 "Application to File Safety Materials Under Seal" seeks leave to file safety-related materials under seal in support of his motion to proceed under pseudonym and for protective order. See Docket 57. The same is true of Mr. Doe's June 11, 2026 "Supplemental Notice and Application to File Exhibits II and JJ Under Seal," which is filed "In Support of Pseudonymity." See Docket 64. Thus, each of these applications to seal should be stricken along with the underlying motion, or, at a minimum, denied as moot.

DATED: June 19, 2026                   BUCHALTER LLP


By:  */s/Roger L. Scott*
                                      Roger L. Scott
                                Attorney for Respondent
                                City of West Covina

1
**REQUEST TO STRIKE OR DEEM MOOT DOCKET NOS. 47 AND 64**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 19, 2026 to John Doe, pro se, who is deemed to have consented to electronic service via the Court's CM/Docket system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/Docket system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

> /s/Roger L. Scott
> *Roger L. Scott*

BUCHALTER LLP
IRVINE

1
**CERTIFICATE OF SERVICE**