John Doe

Plaintiff/Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

**APPLICATION TO FILE SUPPLEMENTAL EXHIBITS M-O UNDER SEAL**

**APPLICATION TO FILE SUPPLEMENTAL EXHIBITS M-O UNDER SEAL**

Plaintiff/Petitioner John Doe respectfully applies under Local Rule 79-5.2.2 to file Supplemental Exhibits M-O under seal. These exhibits are submitted only to provide the Court with updated information relevant to retaliation, ADA harm, and the need for protection. They should not be publicly filed.

| Exhibit | Description | Reason for Sealing |
|---|---|---|
| M | EEOC June 18, 2026 correspondence granting reconsideration/reopening of charges. | Confidential EEOC charge material, charge numbers, agency-review information, private address/contact information, and retaliation/ADA context. |
| N | EEOC Notice of Intent to Reconsider. | Confidential EEOC charge material and agency status information. |
| O | ADA/City violates ADA letter or confidential ADA notice. | Medical/ADA accommodation and disability-access information. |

Compelling reasons and good cause support sealing. The materials contain or directly reveal ADA, medical, agency-charge, retaliation, and accommodation information.

Public disclosure would not materially assist public understanding of the sealing motion, but would increase the risk of retaliation, stigma, and further misuse of disability and agency-charge information.

Plaintiff is not asking to seal the entire case. Plaintiff asks only to file these supplemental exhibits under seal while publicly filing a declaration describing the general significance of the materials without exposing their contents.

Dated: June 19, 2026

/s/ John Doe

John Doe

APPLICATION TO SEAL SUPPLEMENTAL EXHIBITS