John Doe

Plaintiff/Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

**[PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S APPLICATION TO FILE EXHIBITS B-H AND L UNDER SEAL OR, IN THE ALTERNATIVE, ORDERING REDACTIONS AND PROTECTIVE TREATMENT**

## [PROPOSED] ORDER

The Court, having considered Plaintiff/Petitioner John Doe's Application to File Exhibits B-H and L Under Seal, Respondent City of West Covina's opposition, Plaintiff's reply, the supplemental declaration, request for judicial notice, and application to file Supplemental Exhibits M-O under seal, ORDERS as follows:

1. Plaintiff's Application to File Exhibits B-H and L Under Seal is GRANTED IN PART.

2. The Court finds that Exhibits B-H and L contain or are sufficiently intertwined with ADA accommodation records, medical-support materials, disability-access equipment information, interactive-process materials, pseudonym/Safe at Home/safety information, and retaliation context such that unrestricted public access would create a risk of improper use, including public weaponization of disability and safety

information.

3. The unredacted versions of Exhibits B-H and L shall be maintained under seal. Plaintiff shall file public redacted versions within seven (7) days unless already filed.

4. In the alternative, if the Court declines full sealing of any exhibit, the Court shall maintain temporary restriction pending filing of public redacted versions and shall identify any portions that may remain public.

5. Plaintiff's Application to File Supplemental Exhibits M-O Under Seal is GRANTED. Supplemental Exhibits M-O shall be maintained under seal.

6. Nothing in this Order decides the merits of Plaintiff's ADA, First Amendment, retaliation, disqualification, public-integrity, Brown Act, or pseudonym claims.

7. The parties shall meet and confer before publicly filing any future medical, ADA accommodation, Safe at Home, pseudonym, or agency-charge materials, and any disputed materials shall be submitted under Local Rule 79-5 or for in camera review.

IT IS SO ORDERED.

Dated: _____, 2026


_____

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge