John Doe

Plaintiff/Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |
| --- | --- |

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I certify that on June 19, 2026, I caused the foregoing documents to be filed with the Clerk of the Court using the Court's CM/ECF system or otherwise served in accordance with the procedures applicable to pro se electronic filing. Registered users will be served by Notice of Electronic Filing.

Dated: June 19, 2026

/s/ John Doe

John Doe