John Doe

Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

## SUPPLEMENTAL DECLARATION OF JOHN DOE IN SUPPORT OF RESPONSE TO ECF NO. 77

**DECLARATION OF JOHN DOE**

I, John Doe, declare as follows:

1. I am Petitioner in this action and am self-represented. I submit this declaration in opposition to Respondent's request at ECF No. 77.

2. The Court struck my pseudonym motion because the hearing date did not comply with the Court's Standing Order and calendar availability. I understood the Court's order to require refiling, not to decide my safety, pseudonymity, protective-order, or sealing requests on the merits.

3. I intend to refile the underlying motion in compliance with the Court's calendar and procedures.

4. The materials associated with ECF Nos. 57 and 64 contain or concern safety-sensitive, Safe at Home, law-enforcement-related, medical, disability, or protective-order information. I filed the applications to prevent public dissemination while the Court reviewed the protection issues.

5. If the applications are terminated before the renewed motion, I respectfully request that the associated materials remain under seal or restricted access and that I be permitted to resubmit or incorporate them in the renewed motion.

6. I do not consent to public unsealing of the lodged materials merely because the underlying motion was struck for a scheduling issue.

7. Public disclosure of the safety materials would create harm that could not be fully repaired later.

8. I request judicial notice of the attached public judicial records only for their existence, contents, procedural holdings, and the limited purpose stated in the accompanying request. I do not offer them to prove propensity or to establish that counsel committed the same conduct in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2026.

/s/ John Doe
John Doe

SUPPLEMENTAL DECLARATION