John Doe

Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

## EXHIBIT INDEX - REQUEST FOR JUDICIAL NOTICE

| Ex. | Description | Pages |
|---|---|---|
| A | Order Granting in Part Plaintiffs' Motion for Sanctions Against Buchalter P.C., Corker v. Costco, ECF No. 882. | 6 |
| B | Order Awarding Fees Against Buchalter P.C., Corker v. Costco, ECF No. 904. | 4 |
| C | Published opinion in NPF Franchising, LLC v. SY Dawgs, LLC, No. 21-3516 (6th Cir. June 15, 2022). | 18 |

Dated: June 20, 2026

/s/ John Doe

John Doe