John Doe

Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

## [PROPOSED] ORDER DENYING RESPONDENT'S REQUEST TO STRIKE OR DEEM MOOT SEALING APPLICATIONS [ECF No. 77]

The Court has considered Respondent City of West Covina's Request to Strike or Deem Moot Plaintiff's Sealing Applications [ECF No. 77], Petitioner's response, the accompanying declaration, and the request for judicial notice.

IT IS ORDERED:

1. Respondent's request at ECF No. 77 is DENIED.

2. ECF Nos. 57 and 64, and any associated lodged materials, shall remain under seal or restricted access pending disposition of Petitioner's renewed motion or further order of the Court.

3. In the alternative, if the Clerk terminates or strikes ECF Nos. 57 and 64, the associated safety materials shall not be unsealed or made publicly accessible, and the termination shall be without prejudice to refiling or incorporation with a renewed motion.

4. Nothing in this Order authorizes public disclosure of Safe at Home, medical, disability, law-enforcement-related, protective-order, or other safety-sensitive material.

5. Petitioner's request for judicial notice is GRANTED solely as to the existence, contents, and procedural holdings of Exhibits A-C. The Court does not take notice of disputed facts for their truth and does not rely on the records for character or propensity.

IT IS SO ORDERED.

Dated: _____, 2026


_____

Hon. Maame Ewusi-Mensah Frimpong

United States District Judge