John Doe

Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, <br><br> Petitioner, <br><br> v. <br><br> CITY OF WEST COVINA, <br><br> Respondent. | Case No. 2:26-cv-03659-MEMF-MBK <br><br> Assigned to District Judge <br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Magistrate Judge <br> Hon. Michael B. Kim |

## CERTIFICATE OF SERVICE

I certify that on June 20, 2026, I caused the foregoing Response in Opposition to ECF No. 77, Supplemental Declaration, Request for Judicial Notice, Exhibit Index, Public Exhibit Volume A-C, Proposed Order, and Certificate of Service to be filed through CM/ECF or served in accordance with the Court's procedures for pro se electronic filing.

CM/ECF will provide notice to registered counsel of record.

Dated: June 20, 2026

/s/ John Doe

John Doe