**BUCHALTER LLP**
ROGER L. SCOTT (SBN: 247165)
CLAIRE KATZ (SBN: 358999)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.224.6265
Fax: 949.720.0182
Email: rscott@buchalter.com
         ckatz@buchalter.com

Attorneys for Respondent,
CITY OF WEST COVINA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | CASE NO. 2:26-cv-03659-MEMF-MBK<br>Assigned to District Judge<br>Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF ROGER L. SCOTT IN SUPPORT OF RESPONDENT CITY OF WEST COVINA'S OPPOSITION TO PETITIONER'S MOTION TO DISQUALIFY COUNSEL [DOCKET 66]** |

BUCHALTER 111141427v1

1

**SCOTT DECL. ISO OPPOSITION TO MOTION TO DISQUALIFY**

## DECLARATION OF ROGER L. SCOTT

I, Roger L. Scott, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and before this Court, and am a Partner at Buchalter, LLP, and counsel of record for Respondent the City of West Covina ("Respondent") in this action. I am readily familiar with the facts of this case and, if called upon, could and would testify to the facts herein from my review of the case documents, or from my personal knowledge.

2.     A true and correct copy of Respondent Brian Gutierrez's Motion to Disqualify Counsel filed in *City of West Covina v. Brian Gutierrez*, Los Angeles Superior Court Case No. 26STCP00678 is attached hereto as **Exhibit 1**.  Exhibits to the motion have been omitted to conserve space.

3.     A true and correct copy of Respondent Brian Gutierrez's Reply Brief supporting his Motion to Disqualify Counsel filed in *City of West Covina v. Brian Gutierrez*, Los Angeles Superior Court Case No. 26STCP00678 is attached hereto as **Exhibit 2**.

4.     A true and correct copy of Petitioner John Doe's Motion to Disqualify Counsel filed in *John Doe v. John Shewmaker*, Los Angeles Superior Court Case No. 25PSRO01328 is attached hereto as **Exhibit 3**.

5.     A true and correct copy of relevance excerpts from the transcript of the Superior Court's June 18, 2026 hearing in *City of West Covina v. Brian Gutierrez*, Los Angeles Superior Court Case No. 26STCP00678 is attached hereto as **Exhibit 4**.

6.     On February 12, 2026, the City of West Covina executed an informed written consent and conflict waiver regarding consenting to Buchalter LLP's continued representation of it, despite any perceived limitation on Buchalter's representation.   The conflict waiver itself is an attorney-client privileged communication and therefore is not attached here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of June, 2026 at Irvine, California.

                              /s/ Roger L. Scott
                              Roger L. Scott

BUCHALTER 111141427v1

2

**SCOTT DECL. ISO OPPOSITION TO MOTION TO DISQUALIFY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 25, 2026 to John Doe, pro se, who is deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/Roger L. Scott*
Roger L. Scott

BUCHALTER LLP
IRVINE

BUCHALTER 111141427v1

1

**CERTIFICATE OF SERVICE**