| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | | | **For Court Use Only** |
|---|---|---|---|---|
| JOHN DOE<br>P. O. Box 1679 MS 5892 Sacramento, CA 95812<br>  TELEPHONE NO.:                              FAX NO.:<br>  E-MAIL ADDRESS:   johndoeca2025@gmail.com<br>ATTORNEY FOR (Name):   IN Pro Per | | | | |
| United States District Court Central District of California<br>350 WEST 1ST STREET<br>LOS ANGELES, 90012 | | | | |
| PLAINTIFF / PETITIONER:   John Doe<br>DEFENDANT / RESPONDENT:   Leticia Salazar Lopez-Viado, individually | | | | |

| Hearing Date: | Time: | Dept/Div: | CASE NUMBER:<br>2:26-cv-03659-MEMF-MBK |
|---|---|---|---|
| **DECLARATION OF SERVICE** | | | Ref . No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMON IN A CIVIL ACTION , SECOND AMENDED COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND EQUITABLE RELIEF,**

On: **Milan Mrakich**
I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at:**8815 JAYLEE DRIVE, SAN GABRIEL, CA 91775**

On: **Jun 15, 2026, 9:24 am PDT**                                              At: **9:24 am PDT**
In the above mentioned action by serving to and leaving with:

Dilan Mtakich . Age: 22; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'5"; Hair: Black; Eyes: Brown; Relationship: Son;
A declaration of diligence and/or mailing is attached if applicable.
Person attempting service:
a. Name **Jose Alvarez**
b. Address **230 EAST FOOTHILL BLVD, ARCADIA, CA 91006**
c. Telephone Number: **(626) 499-5099**
d. **The fee** for this service was: **$125.00**
e. I am
        (1)☐ not a registered California process server.
        (2)☐ exempt from registration under Business and Professions Code section 22350(b).
        (3)**X** a registered California process server:
            (i)☐ owner☐ employee☐ independent contractor
            (ii)Registration No:2013121559
            (ii)County:Los Angeles

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

_____                    06/15/2026
Jose Alvarez                                                                                    **Date**

---

**Declaration of Service**

**Invoice #:16102672**

MC-031

| PLAINTIFF / PETITIONER: John Doe | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Leticia Salazar Lopez-Viado, individually | 2:26-cv-03659-MEMF-MBK |

## DECLARATION OF MAILING

(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 230 EAST FOOTHILL BLVD, ARCADIA, CA  91006.

On , after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

SUMMON IN A CIVIL ACTION , SECOND AMENDED COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND EQUITABLE RELIEF, IMG_5260.webp, IMG_5261.webp

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at , addressed as follows:

Milan Mrakich
8815 JAYLEE DRIVE
SAN GABRIEL, CA 91775.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   06/15/2026

Jose Alvarez

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* Process Servers