John Doe, In Pro Per

Safe at Home confidential address on file

Email: JohnDoeCA2025@gmail.com


Petitioner in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | CASE NO. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge Michael B. Kim<br><br>**SUPPLEMENTAL DECLARATION OF JOHN DOE IN SUPPORT OF SEALING REPLY** |

## SUPPLEMENTAL DECLARATION OF JOHN DOE IN SUPPORT OF REPLY REGARDING SEALING APPLICATIONS [DKTS. 63, 64]

I, John Doe, declare:

1. I am the Petitioner in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Exhibit BB is a letter from my treating physician. It contains detailed medical, disability, functional-limitation, cognitive-processing, sensory, communication, stress-response, and accommodation information.

3. I submitted Exhibit BB because Respondent has challenged the medical and functional basis for my ADA accommodations. I do not consent to public disclosure of the detailed medical and disability information contained in Exhibit BB.

4. Public disclosure of Exhibit BB would cause me harm because it would expose private medical and disability information and would further chill my ability to request and use ADA accommodations.

5. Respondent City of West Covina and its counsel are asking the Court to make public the same type of ADA accommodation information that I allege has been disclosed, minimized, or weaponized against me.

6. I am informed by Acting City Manager Milan Mrakich that Roger Scott played a role in ensuring that my ADA accommodation information was disclosed to Councilmembers Leticia Lopez-Viado and Rosario Diaz. I am not asking the Court to decide that issue on this sealing application. I am providing this information because it explains why I believe Respondent's request to publicly expose my physician letter and safety materials is not neutral and would cause additional harm.

7. Based on the conduct described above and other evidence, I intend to seek leave to amend my federal pleading if discovery confirms that Roger Scott, Buchalter LLP, or other persons participated in the unlawful disclosure, retaliation, or interference with my ADA rights.

8. I am also a Safe at Home participant and have safety concerns connected to my identity, location, and public exposure of safety-related information.

9. Public filing of Exhibits II and JJ would create harm by linking my pseudonymous federal case, Safe at Home status, safety concerns, and related records in a public docket.

10. I am not asking to seal the entire case. I am asking to seal or redact limited exhibits containing medical, disability, Safe at Home, and safety-related information.

11. If the Court believes the exhibits should not remain sealed in full, I request leave to submit revised public redacted versions rather than have the exhibits publicly disclosed in full.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 27, 2026, at West Covina, California.


/s/ John Doe
John Doe