AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-03659-MEMF-MBK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leticia Salazar Lopez-Viado was received by me on *(date)* 06/12/2026.

**X**  I personally served the summons on the individual at *(place)* 1444 WEST GARVEY AVENUE SOUTH COUNSEL CHAMBERS, WEST COVINA, CA 91790 on *(date)* Tue, Jun 16 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 161.00 for services, for a total of $ 161.00.

I declare under penalty of perjury that this information is true.

Date: 06/27/2026

_____
*Server's signature*

Hovig Meguerditchian (CCPS) 2016016397

_____
*Printed name and title*

GET'EM PROCESS SERVERS
230 E. FOOTHILL BLVD.
ARCADIA CA 91006
626-499-5099

_____
*Server's address*

Additional information regarding attempted service, etc.:
Additional Documents Served; Summons, Second Amended Complaint for Damages,
1) Unsuccessful Attempt: Jun 16, 2026, 2:24 pm PDT at HOME: 1327 CALIFORNIA AVENUE, WEST COVINA, CA 91790
No one answered the door or the ring doorbell system no movement was hurt coming from inside

2) Successful Attempt: Jun 16, 2026, 7:06 pm PDT at WEST COVINA CITY HALL: 1444 WEST GARVEY AVENUE SOUTH COUNSEL CHAMBERS, WEST COVINA, CA 91790 received by Leticia Salazar Lopez-Viado.