## PUBLIC EXHIBIT VOLUME

## EXHIBIT A

Plaintiff's July 5, 2026 cease-and-desist and preservation notice to Mayor Leticia Lopez-Viado, City officials, and counsel regarding alleged July 4, 2026 microphone interference, together with automated delivery failure showing that the notice to Roger Scott at Buchalter was rejected by security or policy settings.

Filed publicly. No sealing requested.

**From:** Brian Gutierrez Brian.Gutierrez@westcovina.org

**To:** Letty Lopez-Viado LLopez-Viado@westcovina.org, Roger Scott rscott@buchalter.com

**Cc:** Department Heads departmentheads@westcovina.org, Antonio Cortina TCortina@wcpd.org, Greg McKeown GMcKeown@westcovina.org, Milan Mrakich MMrakich@westcovina.org, City Clerk City_Clerk@westcovina.org, Tony Wu Tony.Wu@westcovina.org, Rosario Diaz Rosario.Diaz@westcovina.org, Olegario D. Cantos VII ollie.cantos@westcovina.org, Roxanne E. Lerma RLerma@westcovina.org, Nilesh Mehta NMehta@westcovina.org, West Covina Human Resources WestCovinaHumanResources@westcovina.org, Thomas P. Duarte tpd@jones-mayer.com, Richard Jones rdj@jones-mayer.com, Ryan Jones rrj@jones-mayer.com

**Bcc:** johndoeca2025@gmail.com

**Date:** Sun, Jul 5, 2026, 9:17 PM

Mayor Lopez-Viado,

This is a formal cease-and-desist notice.

You are already named in my federal civil-rights lawsuit in your individual capacity. That means your personal conduct, intent, use of authority, selective enforcement, and actions under color of law are directly at issue. I am putting you on clear written notice that any further physical interference, microphone grabbing, selective enforcement, retaliation, or interference with my speech or disability-related participation will be documented and presented to the United States District Court.

On July 4, 2026, at approximately 8:50 p.m., during the City fireworks event, you selectively controlled the microphone in a way that was unequal, retaliatory, and physically invasive. You allowed Councilmember Tony Wu to speak while holding the microphone. When I spoke, you held the microphone and then forcefully pulled, yanked, or attempted to take control of the microphone while I was holding it.

That is unacceptable.

Do not ever again grab, yank, pull, block, hold, or physically interfere with a microphone, device, accommodation, paper, or object while I am holding it or using it to speak at a City event, Council meeting, public meeting, or public function.

Do not touch me.

Do not physically interfere with me.

Do not use your title as Mayor to control my speech differently than you control Tony Wu's speech.

Do not selectively enforce rules against me while giving favored speakers or favored viewpoints more freedom.

Do not use microphones, bells, time limits, staff, police, event personnel, or "decorum" as tools to burden my speech, embarrass me, or interfere with my ability to represent District 1.

This is not just about a microphone. This is about the Mayor of a City using physical control and official authority to decide whose voice is protected and whose voice can be taken away.

I am an autistic elected Councilmember. I already have to work harder to process live events, shifting social cues, interruptions, and hostile public settings. When you physically interfere with a microphone while I am speaking, it is not a small gesture. It is humiliating, destabilizing, and intimidating. It sends the message that my voice can be controlled by force or pressure when you dislike what I may say or when I am not aligned with the Council majority.

That is exactly why this matters legally.

A public official acting under color of law can be liable when she uses official authority to deprive another person of rights secured by the Constitution and federal law. 42 U.S.C. § 1983 provides a civil remedy against a person who, under color of state law, causes the deprivation of federal rights. (Legal Information Institute (https://www.law.cornell.edu/uscode/text/42/1983?utm_source=chatgpt.com)) California's Bane Act also addresses interference or attempted interference by threat, intimidation, or coercion with rights secured by federal or state law. (FindLaw (https://codes.findlaw.com/ca/civil-code/civ-sect-52-1/?utm_source=chatgpt.com))

Your conduct implicates multiple protected rights and legal issues, including:

First Amendment viewpoint discrimination;
First Amendment retaliation;
selective enforcement;
unequal treatment compared to favored Councilmembers;
interference with my ability to perform elected duties;
potential Bane Act coercion;
color-of-law intimidation;
disability-related interference where your conduct affects my ability to communicate, process, and participate equally.

You are not being sued because you are Mayor. You are being sued because of your personal actions using the authority and instruments of public office. That distinction matters. You cannot hide behind the City when you personally cut me off, physically interfere with me, selectively enforce speaking control, or use your position to burden my speech.

I also reject any attempt to characterize this notice as harassment. This is a lawful cease-and-desist notice from a named plaintiff to a named individual-capacity defendant about ongoing conduct relevant to pending federal litigation.

To be clear, I will protect myself only through lawful means. If you physically interfere with me again, I will not escalate. I will document it, object, request preservation of all

evidence, file appropriate notices with the courts, seek an emergency relief if necessary, and make an appropriate report to law enforcement or other authorities.

I demand that you immediately cease and desist from:

physically interfering with me while I am speaking;
grabbing, yanking, pulling, blocking, or controlling a microphone while I am holding it;
applying one microphone rule to Tony Wu and another rule to me;
cutting me off based on viewpoint;
using public-event control to favor allies and silence critics;
using City staff, police, or event personnel to intimidate or interfere with my participation;
interfering with my disability-related access, processing, communication, or participation;
retaliating against me because I filed ADA complaints, federal claims, FPPC complaints, public-integrity reports, or oversight requests.

Preserve all evidence relating to the July 4, 2026 fireworks event, including video, audio, photographs, staff communications, microphone assignments, event instructions, text messages, emails, security communications, police communications, communications with Tony Wu, communications with Milan Mrakich, and any communications concerning when and how elected officials were allowed to speak.

Also preserve all evidence showing whether Tony Wu was allowed to hold the microphone while speaking and whether you physically controlled or pulled the microphone when I spoke.

I am asking for something basic: do not touch me, do not grab what I am holding, do not take my voice away, and do not enforce rules against me that you do not enforce against your political allies.

District 1 elected me to speak. You do not have the right to physically or procedurally silence me because you do not like my speech, my oversight, my ADA complaints, or my litigation.

This is your formal notice.

Cease and desist.

*Brian Gutierrez*
Councilmember, 1st District
City of West Covina



---

From: **Microsoft Outlook** MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@westcovina.org

To: **Roger Scott** rscott@buchalter.com

Date: **Sun, Jul 5, 2026, 9:17 PM**

**Cease and Desist Notice — Physical Interference, Microphone Grabbing, Selective Enforcement, Retaliation, and Preservation of Evidence.eml** 525 KB

Your message to rscott@buchalter.com couldn't be delivered.

# Security or policy settings at buchalter.com have rejected your message.

| **Brian.Gutierrez** | **Office 365** | **buchalter.com** |
|---|---|---|
| Sender | | **Action Required** |
| | | Security or policy violation |

## How to Fix It

The recipient's email server rejected your message because it appears to violate a security or policy setting the recipient's email admin has set up. A common reason for rejection is that your message might have been suspected as spam. To try to fix this issue, try one or more of the following:

- Modify your message, or change how you're sending the message, using the guidance in this article: Bulk E-mailing Best Practices for Senders Using Forefront Online Protection for Exchange. Then resend your message.
- Contact the recipient by some other means (by phone, for example) and ask them to ask their email admin to add your email address, or your domain name, to their allowed senders list.

**2 / 5**

Was this helpful? *Send feedback to Microsoft*.

## More Info for Email Admins

*Status code: 550 5.7.360*

If the sender isn't able to fix the problem by modifying their message, contact the
recipient's email admin and give them the error (and the server name that reported the
error) found in the "Error Details" section below to help them determine the cause of the
rejection. Ask them to relax or modify the policy, or add your domain name, or the
sender's email address, to their allowed senders list.

It's likely that only the recipient's email admin can fix this problem. Unfortunately, Office
365 Support is unlikely to be able to help fix these kinds of externally reported errors.

### Original Message Details

| | |
|---|---|
| Created Date: | 7/6/2026 4:17:22 AM |
| Sender Address: | Brian.Gutierrez@westcovina.org |
| Recipient Address: | rscott@buchalter.com |
| Subject: | Cease and Desist Notice — Physical Interference, Microphone Grabbing, Selective Enforcement, Retaliation, and Preservation of Evidence |

### Error Details

| | |
|---|---|
| Error: | *550 5.7.360 Remote server returned message denied by administrative policy -> 550 Administrative prohibition - envelope blocked - https://community.mimecast.com/docs/DOC-1369#550 [vxtL4Uk6N-SPYqRqmNsXMg.us370]* |
| Message rejected by: | mx-outbound42-50.us-east-2c.ess.aws.cudaops.com |

### Notification Details

| | |
|---|---|
| Sent by: | *MW4PR09MB9393.namprd09.prod.outlook.com* |

### Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 7/6/2026 4:17:23 AM | DS0PR09MB11096.namprd09.prod.outlook.com | DS0PR09MB11096.namprd09.prod.outlook.com | mapi | 1 sec |
| 2 | 7/6/2026 4:17:24 AM | DS0PR09MB11096.namprd09.prod.outlook.com | MW4PR09MB9393.namprd09.prod.outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | 1 sec |

### Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=fvzEGVYN+xJHGTwyj9Vxc9q3HrUt7jUGpW6GmbbMc0+1CH93YEgxxbz56JMW3cyDeMYBxaBXzWjWv6jUlAl+B10VRdYT67IAts1BuLLa/Kj6xUplgXrRQwzp
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiS
 bh=SOPDpCO1bPm5bnjJrwzIpSv/Glb9F4uYP9MxTuGi0NE=;
 b=celSi9YHDhHmCH7XOHuQPgDlZOvlZA4vYYol2blPnLu4l3eLxfvFM99iVi62CjpKBPuEA8Gs++lwRDD/Civ3dHihl1abP/0v/mwLSEB5ADDtAdim/wqa0y/A
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=westcovina.org; dmarc=pass action=none
 header.from=westcovina.org; dkim=pass header.d=westcovina.org; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=westcovina.org;
 s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=SOPDpCO1bPm5bnjJrwzIpSv/Glb9F4uYP9MxTuGi0NE=;
 b=P/dvzd7AM7siBDC937Q1TcxNFPO563HGTm0j0zH/CUOX/IhrN7LgebJxITiSdVd7lXEGXXsjt1qOthqvaFt6caGnyLMX0tR6dP2qaSqCB4kZ8d+8id4RhKIJ
Received: from DS0PR09MB11096.namprd09.prod.outlook.com (2603:10b6:8:172::22)
 by MW4PR09MB9393.namprd09.prod.outlook.com (2603:10b6:303:1f3::16) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.181.11; Mon, 6 Jul
 2026 04:17:24 +0000
Received: from DS0PR09MB11096.namprd09.prod.outlook.com
 ([fe80::6b4f:bc37:e64a:520a]) by DS0PR09MB11096.namprd09.prod.outlook.com
 ([fe80::6b4f:bc37:e64a:520a%6]) with mapi id 15.21.0181.010; Mon, 6 Jul 2026
 04:17:23 +0000
From: Brian Gutierrez <Brian.Gutierrez@westcovina.org>
To: Letty Lopez-Viado <LLopez-Viado@westcovina.org>, Roger Scott
        <rscott@buchalter.com>
```

3 / 5

CC: Department of Fair Employment and Housing <...>,
          <TCortina@wcpd.org>, Greg McKeown <GMcKeown@westcovina.org>, Milan Mrakich
          <MMrakich@westcovina.org>, City Clerk <City_Clerk@westcovina.org>, Tony Wu
          <Tony.Wu@westcovina.org>, Rosario Diaz <Rosario.Diaz@westcovina.org>,
          "Olegario D. Cantos VII" <ollie.cantos@westcovina.org>, "Roxanne E. Lerma"
          <RLerma@westcovina.org>, Nilesh Mehta <NMehta@westcovina.org>, West Covina
    Human Resources <WestCovinaHumanResources@westcovina.org>, "Thomas P. Duarte"
          <tpd@jones-mayer.com>, Richard Jones <rdj@jones-mayer.com>, Ryan Jones
          <rrj@jones-mayer.com>
Subject: =?utf-8?B?Q2Vhc2UgYW5kIERlc2lzdCBOb3RpY2Ug4oCUIFBoeXNpY2FsIEludGVyZmVy?=
 =?utf-8?B?ZW5jZSwgTWljcm9waG9uZSBHcmFiYmluZywgU2VsZWN0aXZlIEVuZm9yY2Vt?=
 =?utf-8?Q?ent,_Retaliation,_and_Preservation_of_Evidence?=
Thread-Topic: =?utf-8?B?Q2Vhc2UgYW5kIERlc2lzdCBOb3RpY2Ug4oCUIFBoeXNpY2FsIEludGVyZmVy?=
 =?utf-8?B?ZW5jZSwgTWljcm9waG9uZSBHcmFiYmluZywgU2VsZWN0aXZlIEVuZm9yY2Vt?=
 =?utf-8?Q?ent,_Retaliation,_and_Preservation_of_Evidence?=
Thread-Index: AQHdDPya9DZCZTdkfki/+ZRM2o1Pgg==
Importance: high
X-Priority: 1
Date: Mon, 6 Jul 2026 04:17:22 +0000
Message-ID: <DS0PR09MB11096FF488598323AF0A0CE5E8AF12@DS0PR09MB11096.namprd09.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-ms-reactions: allow
authentication-results: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=westcovina.org;
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: DS0PR09MB11096:EE_|MW4PR09MB9393:EE_
x-ms-office365-filtering-correlation-id: a7827803-ca15-4bfb-089a-08dedb157a6b
x-ld-processed: 42edd910-74e6-4172-8908-f3670d46c808,ExtAddr,ExtFwd
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam: BCL:0;ARA:13230040|1800799024|6049299003|41320700013|23010399003|366016|5023799004|38070700021|30237
x-microsoft-antispam-message-info: +sTdksS1oifcsN4DccBwhe/ZIugH0VIyon4HUXJQjhYI8mOrcpuqJQomyIE0I3zUpakGsX+YOWzjSCrOY56K4kf0
x-forefront-antispam-report: CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:DS0PR09MB11096.namprd09.prod.o
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0: =?utf-8?B?a1ByUlJONDhjVlEvQWY2SWdkYnYxMFNXR0dWVkh5M3BxBWxtS2g4QmxHNmd6?=
 =?utf-8?B?OTZ6UW1jZFRJbGIxdENyTFcrbEU3dnpXZVhNZjFKeExzYXVoYkJhcHN5d1Fq?=
 =?utf-8?B?YTBGenZjc1lmVzhEc3F5SHZ4bkJneGJMalBUeFdWGZIV2s0SEJUNEVYNXpz?=
 =?utf-8?B?M3JmaHlkYStFQndqQWcra1pDTCtLb2NwVnNNXb2hSTjhVeGRKZ3UwajRzaGxu?=
 =?utf-8?B?WW80c3lic2ZZVTBVem5reUY4Qjd4eTBibnZkMng0dkxxxN0pEQVExUmtwOStz?=
 =?utf-8?B?SkhGY2dhN2JVT1dUbzBNbXlYUE8vK1ZRdG1HQ3llCS3Q5SXZBN01wdjE5bzJw?=
 =?utf-8?B?ZFJIaUV1cE85M1dIdIdjJWWTVwVzIxVlR5ZEV0UGdqRHhuaXc4OVRoRFArSGw0?=
 =?utf-8?B?dUw1SWhRZXddRMWh0d2p5T2hxSnIraWlDeXJRWUZwcWhOdmRGNE1acHptczh5?=
 =?utf-8?B?aVJWWVjJyR3kxSzE0WUFTUW4xQXNVMGxYTUVJRUhBRFdjOFNrbytTRGNKYzNE?=
 =?utf-8?B?ZHFFMWZaU01lKSUtmbTlHN3k4Q2N0YU05YkRpVTlyZ3M1b2toMGpQZU1LUnRn?=
 =?utf-8?B?Q0FNOHpHeD19HVy9rRjhJMVltbGw1YThqb3ZCUCsxL3hJUWhQam5JRForV0Il?=
 =?utf-8?B?elpBUE5SbWs2SDNvZEJUdlJKTGVIelBEVHRDNUVRK2h3R1B5dzlyMVQ4NjM1?=
 =?utf-8?B?RXQwdFRsTUFjaUJnRHp4RzBIVWx0ZVVSc25LT0tVZnRhUit2c3E3MnB3R0E5?=
 =?utf-8?B?UnhlR0NrZ3dDMVmlCTUIyYVZCWE8zbU5oZ2Q2Q2S25ILzE1aGhiL2tiUnRuTW5p?=
 =?utf-8?B?UGc5Wmd5ODZPRk8rYU4vRGI4RHU5MDdaTGxCWkllNHdgdGVlbbZYYllFRHoy?=
 =?utf-8?B?SXBLNklEN0dtCQXB0c2dGMkRTVFgwWkJsbVBRTHFRMVlZZWZVSGVnTHdLRUhF?=
 =?utf-8?B?cHFoWGlKUkRQampIajQ0ZmF5V0t5Y3NpRE93dEpFbVltdnhSbFFpQa3lVbGRt?=
 =?utf-8?B?c3EveeHM1N0FhWlloeUR3cG03U0R6WFNkdmprd2VlRWw4aVRZZE9VWWWFnVmNE?=
 =?utf-8?B?bC9pamI3aDFwwMTZaSmZTcHU5TmI2Z0dvOC8ya2VQVmVUaFFzY0F6NFNBBOHNv?=
 =?utf-8?B?OGd4Z0hlQ01LKK3F5YkZRZjNXNVAxNnhzZm9lMVN1SXgrVEJhTlJ5SEVGVlZJ?=
 =?utf-8?B?VjBBa1dveHBYWUFod3FnUitQQ0NIQ1kwQlVhUW02YjBlZjZDS05INEw4UW9F?=
 =?utf-8?B?S2hvd3BMWDlpZVE2dm9OcGthRW9Vd1Rmb2lNc016SjNFemhqK3dyWW9qeTZi?=
 =?utf-8?B?ODRCL2ZOUW9ncrVZKYy90empYazhCNjJrZlNXSHB1Qm0xcDRhMFVKOXpjSTdn?=
 =?utf-8?B?SmRaeXpMMk9JOEQ0a0ZqendidDVnbmhCQ1llbU1obUFxZWo2MVJJYdlN4dWY3?=

=?utf-8?B?... mt2...zAr?=
=?utf-8?B?K3hpVk1WQ0FMcWNFRng0OGxnQXExTnhsWE9MSmhheTNBZ...bTFU?=
=?utf-8?B?NWI3aEtXRzdlczkwaFFUazhBdmg1NnJONHpqREN6MHVsN2tTeHZuS0VLaGRC?=
=?utf-8?B?cnhDQmJScXNkdlhmOTVhTDE4SlBVakhZek40Mkh1L1lZFcGZXa253QWRJd3J5?=
=?utf-8?B?T0F1aERnUys0Z1JvK1R2K0lUNHViV0JrVmZuQVBHVkdHMjVhbnJmaVZ2YlpV?=
=?utf-8?B?VnlVUmVqZ1RiSEFqY3JXak1LMkF4NlJoZlRaaXNZYkZ0c2dCTEp2dytyZSt2?=
=?utf-8?B?eDdDeFFHMXpDTmJOVXBSVjk0RXkrTDBaNi9MbFdreWRvZERuN0xrOHNXUUhl?=
=?utf-8?B?N0xRR3F6N0xzK0YzNzNzBCajJHd090YTRPTnNEenNmVUpVR3U5Q0tzZ0haenY5?=
=?utf-8?B?RHhmMGw4NXRlcWtSa3hCTEZ1VG41bExGZFZPS1pqeGhKbzFBR2RublhXd2lW?=
=?utf-8?B?aUtLUFhiYW5nMzdOOTFWOVlUZStYNUZ3MWhZd1dBQzQ5eTVPcE1ZY2F6cnlJ?=
=?utf-8?B?cG5XR2Z0aEJJZGIwK1JmMGw5ZS9CT0tTRXdrV1BjVTJOMlN4MjNURW5Iemln?=
=?utf-8?B?VG5DWG5wZWtEc2Y1WjRhMkRmcE1GUm5CN3lESElMSWtiMHpkVVROSWk4cEFw?=
=?utf-8?B?V2hGelBUL1ZlWUF5OHh3VGFqcmZqKzFjU1AzaHZ0US9jQnBLYy95azdVUlJM?=
=?utf-8?B?SkpzLzJxV0E3d2l0d1JUaWtkVGYrSkNLdVpuOHNEa213anRjL05wRXBsSWJM?=
=?utf-8?B?SURDK1c1d3JJkY2pRd0QwejdhME1pSWhSQTZtUExXc0RTNVlJRzAvMTZpUVIw?=
 =?utf-8?Q?VLEAQ+qEfd7eQ4czzfE+FTXJYVfgPKZWDW6Df?=
Content-Type: multipart/related;
        boundary="_004_DS0PR09MB11096FF488598323AF0A0CE5E8AF12DS0PR09MB11096na_";
        type="multipart/alternative"
MIME-Version: 1.0
X-Exchange-RoutingPolicyChecked:
        NWhRbLk6hyzZceGN6RMxY3r8jUTSFsNm8cuf5HXoZ54Pk0d+UtnxeM6MOoklSO6N56TZdrY5u1XpVt3UqpavtsTG+Inv+Fw/nMo1zLcqhCFaqJn/Mcc
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: DS0PR09MB11096.namprd09.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: a7827803-ca15-4bfb-089a-08dedb157a6b
X-MS-Exchange-CrossTenant-originalarrivaltime: 06 Jul 2026 04:17:22.7050
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 42edd910-74e6-4172-8908-f3670d46c808
X-MS-Exchange-Transport-CrossTenantHeadersStamped: MW4PR09MB9393
X-OriginatorOrg: westcovina.org

**2 Emails**