# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JOHN DOE, an individual,

Plaintiff,

v.

CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,

Defendants.

Case No. 2:26-cv-03659-MEMF-MBK

District Judge: Hon. Maame Ewusi-Mensah Frimpong

Magistrate Judge: Hon. Michael B. Kim

**SUPPLEMENTAL DECLARATION OF JOHN DOE IN SUPPORT OF COMPLETE SEALING OF EXHIBITS M-O AND RESPONSE TO DOCKET 94**

I, John Doe, declare as follows:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge, my review of the documents at issue, and records in my possession. If called as a witness, I could and would testify truthfully to these matters.

2. The operative case names City of West Covina, Milan M. Mrakich, Leticia Salazar Lopez-Viado, and Does 1-50 as Defendants. I am the Plaintiff, not a petitioner in the operative federal civil-rights complaint.

3. Exhibits M and N are EEOC-related agency materials concerning active administrative action related to my disability, ADA, retaliation, and accommodation issues. I understand the EEOC matter to be active. I do not consent

1

to public disclosure of Exhibits M and N.

4. Exhibit O is the City's ADA accommodation determination and discusses my requested accommodations and the City's positions on those requests. It includes accommodation categories such as written supports, USB agenda access, ergonomic seating, 360-degree recording, additional processing or voting time, and meeting-access issues.

5. Exhibit O is not an ordinary public document to me. It is part of my ADA accommodation process and concerns disability-access tools and the City's response to my accommodation needs. I do not consent to public disclosure of Exhibit O.

6. Public disclosure of Exhibits M through O would reveal active EEOC activity, disability accommodation issues, and ADA process details. It would increase the risk of retaliation, stigma, public misuse, and further harassment.

7. I have already experienced public disclosure, ridicule, and weaponization of my ADA accommodation information. I am concerned that public filing of Exhibits M-O would continue the same harm through the federal docket.

8. I am not asking to seal the entire case or hide my legal arguments. I am asking to seal only Exhibits M through O in full because they are themselves EEOC/ADA/accommodation materials and cannot be meaningfully redacted without revealing the protected information.

9. I do not authorize Defendants, Buchalter LLP, Roger Scott, or any other person to publicly quote, reproduce, republish, or attach Exhibits M through O without Court order.

10. If the Court does not grant complete sealing, I request permission to withdraw Exhibits M through O rather than have them publicly filed or publicly redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2026

2

Respectfully submitted,


/s/ John Doe

John Doe

Plaintiff in Pro Per