John Doe

Plaintiff/Petitioner in Pro Per

Safe at Home Confidential Address

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

**FILED**

CLERK, U.S. DISTRICT COURT

**6/19/26**

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Petitioner,<br><br>v.<br><br>CITY OF WEST COVINA,<br><br>Respondent. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>Assigned to District Judge<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge<br>Hon. Michael B. Kim |

### REQUEST FOR JUDICIAL NOTICE AND EXHIBIT INDEX

### REQUEST FOR JUDICIAL NOTICE AND EXHIBIT INDEX

Plaintiff requests judicial notice under Federal Rule of Evidence 201 of the existence of the following public records and public filings. Plaintiff does not request judicial notice of disputed factual assertions for their truth, except as otherwise permitted. The exhibits are offered to show the public record, the positions taken, the existence of the documents, and context relevant to the sealing and protective-order issues.

| Exhibit | Description | Purpose |
|---|---|---|
| 1 | West Covina Municipal Code section 2-52, Persons authorized to be within council area. | Shows the public municipal rule relevant to the June 16, 2026 public-comment/service incident. |
| 2 | Transcript/summary of June 16, 2026 Council meeting public-comment event involving John Shewmaker family member and reference to service on John Doe. | Shows public-meeting context relevant to retaliation, pseudonym/safety concerns, and why Exhibit L and related materials require protection. |

| 3 | Respondent City of West Covina's Opposition to Petitioner's Application to File Exhibits B-H and L Under Seal [ECF No. 76]. | Shows the filing and arguments to which this reply responds. |

Confidential supplemental exhibits M-O are submitted separately under seal with a separate application because they contain EEOC charge/reconsideration materials and ADA-related information.

Dated: June 19, 2026

/s/ John Doe

John Doe