JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

FILED

CLERK, U.S. DISTRICT COURT

7/15/26

CENTRAL DISTRICT OF CALIFORNIA

BY _____CS_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| JOHN DOE, an individual, | Case No. 2:26-cv-03659-MEMF-MBK |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT J** |
| Defendants. | |

## EXHIBIT J

July 6, 2026 email from Roxanne Elena Lerma confirming receipt that evening of a 512GB memory card and adapter, dual charger, two Enduro batteries, and protective case, while the official mount and larger case remained outstanding.

Dated: July 15, 2026

/s/ John Doe

John Doe

1

**From:** **Roxanne E. Lerma** RLerma@westcovina.org
**Subject:** **GoPro Accessories Update**
**Date:** **Jul 6, 2026 at 10:34:20 PM**
**To:** Brian Gutierrez Brian.Gutierrez@westcovina.org
**Cc:** Milan Mrakich MMrakich@westcovina.org

**Good Evening Councilmember Gutierrez:**

**This email confirms that the following items were received this evening:**

1. **512 GB Memory Card + adapter**
2. **Dual Battery Charger + 2 Enduro Rechargeable Batteries**
3. **GoPro Protective Case**

**The GoPro Grip + Tripod -official mount has a delivery date of Friday**
**The  Casey (case for camera + mounts + accessories case) has not shipped.**

**Staff will check Best Buy and Target tomorrow for the remaining two accessories and will purchase if they are located. If not located,  we will wait for shipment of the remaining two to arrive.**

**Take care,**

Roxanne E. Lerma, MPA | Assistant City Manager
City of West Covina | City Manager's Office
1444 W. Garvey Avenue South | West Covina, CA 91790
Office: (626) 939-8475
Cell: (626) 905-8425
rlerma@westcovina.org|www.westcovina.org

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| **JOHN DOE, an individual,** | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT K** |
| Defendants. | |

**EXHIBIT K**

June 24, 2026 GoPro Support email stating approximate 360-degree 4K recording capacity: 128GB approximately 1.5-3 hours; 512GB approximately 6-12 hours; 1TB approximately 12-24 hours, depending on settings.

Dated: July 15, 2026

/s/ John Doe

John Doe

1

From: **GoPro Support** support@gopro.com
Subject: **RE: GoPro Support Case 16188442    [ ref:!00Do00HJuF.! 500Uo0lm6kp:ref ]**
Date: **Jun 24, 2026 at 3:07:05 PM**
To: **brian@brian4change.com**

Hi Brian,

Thank you for your message and for clarifying your needs.

A 128GB SD card can record approximately 1.5 to 3 hours of 360° 4K video. A 512GB SD card can hold about 6 to 12 hours of 360° 4K video.

The exact recording time depends on the bit rate and compression settings you choose (High or Standard). Higher-quality settings reduce the total recording time, while standard settings increase it.

If you're considering a 1TB card, it would roughly double the capacity of the 512GB card, meaning you could expect around 12 to 24 hours of recording in 360° 4K, again depending on your settings.

Best regards,
Kaye T.
GoPro Support

ref:!00Do00HJuF.!500Uo0lm6kp:ref

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **JOHN DOE, an individual,** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** <br><br> Defendants. | **Case No. 2:26-cv-03659-MEMF-MBK** <br><br> Assigned to District Judge <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **EXHIBIT L** |

**EXHIBIT L**

Documentation concerning the City-issued one-terabyte USB-C drive available for native footage transfer and CPRA preservation/production.

Dated: July 15, 2026

/s/ John Doe

John Doe

1





JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| **JOHN DOE, an individual,** | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT M** |
| Defendants. | |

**EXHIBIT M**

City-created WCPD body-camera footage. Plaintiff identifies this recording as depicting City Attorney Thomas P. Duarte and Mayor Leticia Salazar Lopez-Viado seeking police assistance to take the GoPro/360 camera from Plaintiff or remove it from his hands. Plaintiff further identifies Captain Keith Freeman as expressing concern that forcibly seizing the device would lack a clear lawful basis and could implicate constitutional rights. The native file, not Plaintiff's description, controls. https://youtu.be/nkvxM3YnfYI?feature=shared

1

Dated: July 15, 2026

/s/ John Doe

John Doe

2

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| **JOHN DOE, an individual,** | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT N** |
| Defendants. | |

**EXHIBIT N**

City-created WCPD body-camera footage of the July 7 confrontation. Plaintiff identifies this recording as materially disputing the Mayor's declaration that she merely approached to determine whether there was a concern and only pleaded for a neutral setup. Plaintiff contends the recording instead shows an active demand that the camera be surrendered to IT or put away under police-backed pressure.

https://youtu.be/9NOfE-1Vzx8?feature=shared

Dated: July 15, 2026

1

/s/ John Doe

John Doe

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| JOHN DOE, an individual, | Case No. 2:26-cv-03659-MEMF-MBK |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT O** |
| Defendants. | |

## EXHIBIT O

City-created body-camera or related footage concerning police reservations and attorney direction. Plaintiff identifies this recording as showing City officials attempting to obtain police enforcement despite stated reservations, and City Manager Milan Mrakich stating in substance that he was acting at the direction of attorneys.

https://youtu.be/A5iBY-g119U?feature=shared

Dated: July 15, 2026

/s/ John Doe

1

John Doe

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| **JOHN DOE, an individual,** | **Case No. 2:26-cv-03659-MEMF-MBK** |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| **CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,** | **EXHIBIT P** |
| Defendants. | |

**EXHIBIT P**

City Hall CCTV footage concerning the open handoff and departure chronology. Plaintiff identifies this recording as showing that he left the City Manager/Council office area calmly and openly with the camera after it was placed on or with his City laptop, without immediate pursuit, a contemporaneous theft report, or an urgent police retrieval response.

https://youtu.be/BeSvhreZ7sY?feature=shared

Dated: July 15, 2026

1

/s/ John Doe

John Doe

JOHN DOE, Pro Se

Protected Party Proceeding Under Pseudonym

P.O. Box 1679, MS 5892

Sacramento, California 95812

Email: JohnDoeCA2025@gmail.com

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| JOHN DOE, an individual, | Case No. 2:26-cv-03659-MEMF-MBK |
|---|---|
| Plaintiff, | Assigned to District Judge |
| v. | Hon. Maame Ewusi-Mensah Frimpong |
| CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50, | **EXHIBIT Q** |
| Defendants. | |

## EXHIBIT Q

Prior video offered for recurrence context. Plaintiff identifies this recording as depicting an earlier occasion on which Mayor Lopez-Viado threatened or invoked arrest/removal in connection with Plaintiff's participation, supporting his claim that the July 7 threat was not isolated.

https://youtu.be/WJ7i-P1v61o?feature=shared

Dated: July 15, 2026

/s/ John Doe

1

John Doe