UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03659-MEMF-MBK Date: August 28, 2026

Title *John Doe v. City of West Covina*

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order re: Plaintiff's Applications to Seal (Dkt. Nos. 25, 44-2, 46, 52, 57, 63-64, 79)**

On April 25, 2026, Plaintiff/Petitioner John Doe filed an Application to Seal "Respondent's publicly filed medical and ADA accommodation materials, and permitting Petitioner to submit confidential materials under seal." Dkt. No. 18 at 1.

On April 27, 2026, Doe filed another Application to Seal. *See* Dkt. Nos. 21, 21-1. On May 4, 2026, the Court issued an Order requiring Doe to resubmit his requests to seal in accordance with Local Rule 79-5.2.2(a), and the Court's operative Civil Standing Order. Dkt. No. 24. On May 4, 2026, Doe filed an updated Application to Seal. Dkt. No. 25.

Moreover, on June 1, 2026, Doe filed another application to seal to seal pages containing "medical documentation, disability-accommodation medical nexus, ADA process information, Safe at Home or safety information, EEOC or charge-related information, deed/mortgage or private financial-property information, restraining-order information, addresses, phone/location information, or similar private information." *See* Dkt. Nos. 44-2, 46.

On June 4, 2026, Doe filed another application to seal "Exhibits B through H and Exhibit L" filed with Dkt. No. 51. *See* Dkt. No. 52. On June 5, 2026, Doe filed an application to seal "safety materials" "in support of [Doe's] Motion for Order Authorizing Continued Proceeding Under Pseudonym." Dkt. No. 57. On June 8, 2026, Doe filed an application to seal "Exhibit BB - Dr. Henry Chang's June 8, 2026 Supplemental Medical Rebuttal and Medical Necessity Opinion." Dkt. No. 63. On June 11, 2026, Doe filed an application to seal Exhibits II and JJ. Dkt. No. 64. Finally, on June 19, 2026, Doe filed an application to seal Exhibits M-O. Dkt. No. 79.

Doe's Applications to Seal at Dkt. Nos. 25, 44-2, 46, 52, 57, 63, 64, and 79 are improper. Under Local Rule 79-5.2.2(a), Doe must include:

- (i) A declaration (1) establishing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard, and (2) informing the Court whether anyone opposes the Application.
- (ii) A proposed order, narrowly tailored to seal only the sealable material, and listing in table form each document or portion thereof to be filed under seal.
- (iii) A redacted version of any document(s) of which only a portion is proposed to be filed under seal, conspicuously labeled "REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL."
- (iv) An unredacted version of the document(s) proposed to be filed under seal, conspicuously labeled "UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," ***with any proposed redactions highlighted***.

*See* L.R. 79-5.2.2(a)(i)-(iv) (emphasis added). To that end, Doe must submit a declaration establishing good cause for ***each individual exhibit*** that Doe wants to file under seal and explain why ***"the strong presumption of public access in civil cases should be overcome" as to each individual exhibit.*** Doe must also attach a proposed order to the filing that lists in table form each individual exhibit that Doe seeks to seal and includes the portions of each individual exhibit that Doe is requesting to seal (i.e. Pages 1-10 of Exhibit A, Page 1, line 1 of Exhibit A, or the entirety of Exhibit A). Finally, Doe must include redacted filings of each individual exhibit that Doe wishes to seal with the individual portions that Doe wants to seal as ***redacted*** (i.e. using Adobe Acrobat or another software to redact each portion of the exhibit), and also include unredacted filings of each individual exhibit that Doe wishes to seal with the portions that Doe wants to seal as ***highlighted***.

Doe has not included a declaration explaining good cause as to each individual exhibit, and redacted and unredacted versions of each individual exhibit that Doe seeks to seal in his application to seal. Thus, all of the Applications to Seal are DENIED WITHOUT PREJUDICE. Should Doe still seek to seal this material, he must resubmit each request in accordance with Local Rule 79-5.2.2(a)(i)-(iv) and the Court's Civil Standing Order Section IX(F). Doe is reminded that he must comply with the Court's orders and Local Rules.

**Resources for Self-Represented Parties**

Although Doe is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03659-MEMF-MBK Date: August 28, 2026

Title *John Doe v. City of West Covina*

The Court cannot provide legal advice to any party, including *pro se* litigants. There is a free "*Pro Se* Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.

- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

:

**Initials of Preparer** DBE