**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe, an individual,<br><br>Plaintiff(s)<br>v.<br>CITY OF WEST COVINA, MILAN MRAKICH, LETICIA LOPEZ-VIADO, AND DOES 1-50<br><br>Defendant(s) | CASE NUMBER<br><br>2:26-cv-03659-MEMF-MBK<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

City of West Covina ☐ Plaintiff ☒ Defendant ☐Other
*Name of Party*

☒ to substitute Konrad Rasmussen who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

8885 Rio San Diego Dr., Suite 227
*Street Address*

San Diego, CA 92108 — *City, State, Zip*
kmr@mmr4law.com — *E-Mail Address*

619-235-8444 — *Telephone Number*
— *Fax Number*
157030 — *State Bar Number*

as attorney of record instead of Roger Scott (SBN 247165); Claire Katz (SBN 358999)
*List **all** attorneys from same firm or agency who are withdrawing.*

Buchalter, LLP

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Roger Scott (SBN 247165); Claire Katz (SBN 358999)
*List **all** attorneys from same firm or agency who are withdrawing.*

Buchalter, LLP

to withdraw as attorney of record for City of West Covina

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated September 22, 2026

U. S. District Judge