**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

John Doe, an individual,

Plaintiff(s)

v.

CITY OF WEST COVINA, MILAN MRAKICH, LETICIA LOPEZ-VIADO, AND DOES 1-50

Defendant(s)

CASE NUMBER

2:26-cv-03659-MEMF-MBK

**~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Leticia Lopez-Viado ☐ Plaintiff ☒ Defendant ☐Other
*Name of Party*

☒ to substitute Konrad Rasmussen who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

8885 Rio San Diego Dr., Suite 227
*Street Address*

San Diego, CA 92108
*City, State, Zip*

kmr@mmr4law.com
*E-Mail Address*

619-235-8444
*Telephone Number*

*Fax Number*

157030
*State Bar Number*

as attorney of record instead of Roger Scott (SBN 247165); Claire Katz (SBN 358999)
*List **all** attorneys from same firm or agency who are withdrawing.*

Buchalter, LLP

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Roger Scott (SBN 247165); Claire Katz (SBN 358999)
*List **all** attorneys from same firm or agency who are withdrawing.*

Buchalter, LLP

to withdraw as attorney of record for Leticia Lopez-Viado

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated September 23, 2026

U. S. District Judge/~~U.S. Magistrate Judge~~