JOHN DOE
Email: JohnDoeCA2025@gmail.com
PO Box 1679 MS 5212
Sacramento, CA 95812
Phone: Confidential "Safe at Home"
Plaintiff, in propria persona

Konrad M. Rasmussen (SBN 157030)
Email: kmr@mmr4law.com
McCormick, Mitchell & Rasmussen, APC
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Telephone: (619) 235-8444
Fax: (619) 294-8447
Counsel for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST COVINA; MILAN M. MRAKICH; LETICIA SALAZAR LOPEZ-VIADO; and DOES 1-50,<br><br>Defendants. | Case No. 2:26-cv-03659-MEMF-MBK<br><br>STIPULATION TO EXTEND LAST DATE TO HEAR MOTIONS TO AMEND PLEADINGS OR ADD PARTIES BY 60 CALENDAR DAYS<br><br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate Judge: Hon. Michael B. Kaufman |

Plaintiff John Doe, appearing in propria persona, and Defendants City of West Covina, Milan M. Mrakich, and Leticia Salazar Lopez-Viado, through their counsel of record, stipulate and jointly request the following limited modification of the Civil Trial Order (Dkt. 130), subject to the Court's approval under Federal Rule of Civil Procedure 16(b)(4).

**1. Existing deadline and requested extension**

The schedule at page 4 of Dkt. 130 sets October 8, 2026 as the last date to hear a motion to amend pleadings or add parties. The parties request that this combined amendment-and-joinder hearing cutoff be extended by 60 calendar days, through December 7, 2026. The request concerns the hearing cutoff, not a deadline permitting a motion to be filed on December 7.

**2. Grounds for the limited request**

Plaintiff seeks time to obtain and evaluate discoverable source materials from Kelly D. Gemelli's investigation, including existing interview recordings, transcripts or notes, and supporting documents, to assess a potential amendment or joinder request. Plaintiff submits a separate declaration describing his efforts and the remaining work.

The parties acknowledge that Dkt. 130 already accounts for settlement discussions, litigation-access issues, and unexpected delays. They rely on the specific diligence facts in the supporting declaration, not their agreement alone. See Fed. R. Civ. P. 16(b)(4); Dkt. 130 at 2, 19-20, § VII.L.

**3. Conference and agreement**

John Doe and Konrad M. Rasmussen met and conferred by telephone on October 6, 2026 about the extension and its grounds. Mr. Rasmussen then confirmed in writing that his clients agreed to the proposed 60-calendar-day joinder extension and any corresponding amendment deadline, and requested these papers for review.

**4. Remaining schedule and reserved positions**

All other dates and provisions of Dkt. 130 remain unchanged, including the August 4, 2027 fact-discovery cutoff, January 19, 2028 final pretrial conference, and February 7, 2028 trial date.

This stipulation grants no amendment or joinder, resolves no discovery or privilege issue, and sets no discovery response deadline. All positions on later amendment or joinder are preserved. Defendants do not adopt disputed factual assertions in Plaintiff's declaration or consent to a proposed amendment.

**5. Court approval and motion-calendar requirements**

Only the Court's order makes the extension effective. No hearing is reserved, no briefing period is shortened, and no closed hearing date is authorized. Later motions remain subject to all applicable rules and any further scheduling order needed.

**IT IS SO STIPULATED.**

Dated: October 7,2026

John Doe
Plaintiff, in propria persona

Dated: October 7, 2026
McCORMICK, MITCHELL & RASMUSSEN, APC

By: */s/Konrad M. Rasmussen*
Konrad M. Rasmussen
Attorneys for Defendants City of West Covina,
Milan M. Mrakich, and Leticia Salazar Lopez-Viado