O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br>v.<br><br>CITY OF WEST COVINA, MILAN M. MRAKICH, LETICIA SALAZAR LOPEZ-VIADO, and DOES 1-50,<br><br>Defendants. | Case No.: 2:26-cv-03659-MEMF-MBK<br><br>**ORDER GRANTING STIPULATION TO EXTEND LAST DATE TO HEAR MOTIONS TO AMEND PLEADINGS OR ADD PARTIES BY 60 CALENDAR DAYS [Dkt. No. 142]** |

Before the Court is the Parties' Stipulation to Extend Last Date to Hear Motion to Amend Pleadings or Add Parties. Dkt. No. 142. Finding good cause, the Court GRANTS the Stipulation and ORDERS as follows:

1. The last date to hear motions to amend pleadings or add parties, set on October 8, 2026, by the Civil Trial Order, Dkt. No. 130, is extended by 60 calendar days to December 7, 2026.

2. All other dates and provisions of the Civil Trial Order remain unchanged. This Order does not grant leave to amend, add a party, decide a discovery or privilege issue, or waive any party's position concerning a later request for amendment or joinder.

3. This Order does not set or reserve a hearing, shorten notice or briefing periods, or authorize use of a closed motion-calendar date. Any later motion remains subject to the Court's Standing Order, Local Rules, calendar availability, and any further order required to obtain a hearing within the modified cutoff.

IT IS SO ORDERED.

Dated: October 22, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge